| | |
|---|---|
| Paul B. Gaffney (State Bar No. 345431) <br> pgaffney@wc.com <br> Ellen E. Oberwetter (*pro hac vice*) <br> eoberwetter@wc.com <br> WILLIAMS & CONNOLLY LLP <br> 680 Maine Avenue, SW <br> Washington, DC 20024 <br> Tel: (202) 434-5000 <br> Fax: (202) 434-5029 <br><br> Jeffrey E. Faucette (State Bar No. 193066) <br> jeff@skaggsfaucette.com <br> SKAGGS FAUCETTE LLP <br> Four Embarcadero Center, Suite 1400 <br> San Francisco, CA 94111 <br> Tel: (415) 295-1197 <br> Fax: (888) 980-6547) <br><br> *Attorneys for Plaintiff Genentech, Inc.* | Martin J. Black (*pro hac vice*) <br> martin.black@dechert.com <br> DECHERT LLP <br> Cira Centre <br> 2929 Arch Street <br> Philadelphia, PA 19104 <br> (215) 994-2664 <br><br> Katherine A. Helm (*pro hac vice*) <br> katherine.helm@dechert.com <br> DECHERT LLP <br> Three Bryant Park <br> 1095 Avenue of the Americas <br> New York NY 10036 <br> (212) 698-3500 <br><br> Charles Hsu (State Bar No. 328798) <br> charles.hsu@dechert.com <br> DECHERT LLP <br> Five Palo Alto Square, #650 <br> Palo Alto, CA 94306 <br> (650) 813-4800 <br><br> *Attorneys for Defendant Biogen MA, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOGEN MA, INC., <br><br> Defendant. | Case No. 4:23-cv-00909-YGR <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT AND SCHEDULING ORDER** |

Plaintiff Genentech, Inc. and Defendant Biogen MA, Inc., by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on June 7, 2024, this Court issued the Stipulation and Order Modifying Case Management and Scheduling Order [Dkt. 69];

WHEREAS, the parties have pursued expert discovery diligently since then, and opening expert reports were served as scheduled on July 19, 2024; and

WHEREAS, the parties have met and conferred and have agreed that the schedule should be modified as follows;

| Deadline | Current Date | Proposed New Modification |
|---|---|---|
| Responsive Expert Reports | September 6, 2024 | September 10, 2024 |
| Rebuttal Expert Reports[1] | N/A | September 24, 2024 |
| Complete Expert Depositions | October 11, 2024 | October 17, 2024 |
| Deadline to File Motions for Summary Judgment and All Daubert Motions | November 22, 2024 | November 22, 2024 |
| Responses to MSJs and Daubert Motions | December 13, 2024 | December 13, 2024 |
| Replies to MSJs and Daubert Motions | December 20, 2024 | December 20, 2024 |
| Deadline to Complete ADR | January 17, 2025 | January 17, 2025 |

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties by and through their counsel, that the pretrial schedule is amended as set forth in the table above.

**IT IS SO STIPULATED.**

---

[1] A service date for Reply Reports, included in original Scheduling Order [DKT. 38], was omitted inadvertently from the amendments proposed and entered on March 5, 2024 [DKT. 61] and June 7, 2024 [Dkt. 69].

Respectfully submitted,

Dated: September 5, 2024               SKAGGS FAUCETTE LLP


                                       By:      /s/
                                           ─────────────────────
                                             Jeffrey E. Faucette

                                       *Attorneys for Plaintiff Genentech, Inc.*

Dated: September 5, 2024               DECHERT LLP


                                       By:      /s/
                                           ─────────────────────
                                             Martin J. Black

                                       *Attorneys for Defendant Biogen MA, Inc.*

- 2 -

STIP. AND [PROPOSED] ORDER RE SCHEDULE                Case No. 4:23-cv-00909-YGR

# ORDER

The Court, having considered the stipulation submitted herewith, hereby enters this order resetting the following pretrial dates:

| Deadline | Date |
| --- | --- |
| Responsive Expert Reports | September 10, 2024 |
| Rebuttal Expert Reports | September 24, 2024 |
| Complete Expert Depositions | October 17, 2024 |
| Deadline to File Motions for Summary Judgment and All Daubert Motions | November 22, 2024 |
| Responses to MSJs and Daubert Motions | December 13, 2024 |
| Replies to MSJs and Daubert Motions | December 20, 2024 |
| Deadline to Complete ADR | January 17, 2025 |

**IT IS SO ORDERED.**

DATED: _____        _____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

## FILER'S ATTESTATION

I, Jeffrey Faucette, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

                                                              */s/ Jeffrey Faucette*