UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GENENTECH, INC.,**<br>        Plaintiff,<br><br>    v.<br><br>**BIOGEN MA, INC.,**<br>        Defendant. | Case No. 4:23-cv-00909-YGR<br><br>**ORDER RE TRIAL SCHEDULE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Please be advised that the Court **ORDERS** the following adjustments to the pretrial scheduling order (Dkt. No. 91) relating to the trial schedule: jury selection shall occur on **Friday, June 27, 2025**, and opening statements and evidence shall begin on **Monday, June 30, 2025**.

**IT IS SO ORDERED.**

Dated: February 5, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**