# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 15, 2025 | **Time:** 31 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 23-cv-00909-YGR | **Case Name:** Genentech, Inc. v. Biogen MA, Inc. | |

**Attorney for Plaintiff:** Paul B. Gaffney, Charles McCloud, and Jeffrey Faucette
**Attorney for Defendant:** Martin Black, Charles Hsu, and Nisha Patel

**Deputy Clerk:** Edwin Angelo A. Cuenco       **Court Reporter:** Marla Knox; via Zoom

## PROCEEDINGS

Summary Judgment Hearing – held.

The Court heard argument on the defendant's motion for summary judgment. The Court denies the motion for summary judgment.

The following deadlines are set:
Pretrial Conference (preset): June 9, 2025, at 9:00 a.m.
Jury Selection (preset): June 27, 2025, at 8:00 a.m.
Jury Trial: June 30, 2025, at 8:00 a.m. through July 2, 2025, at 8:00 a.m.
Jury Trial: July 7, 2025, at 8:00 a.m. through July 10, 2025, at 8:00 a.m.

Parties ordered to meet and confer regarding defendant's request for one of its witnesses to appear remote live.