Paul B. Gaffney (State Bar No. 345431)
Charles L. McCloud (pro hac vice)
Ricardo Leyva (State Bar No. 319939)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC  20024
Tel: (202) 434-5000
Fax: (202) 434-5029

Jeffrey E. Faucette (State Bar No. 193066)
SKAGGS FAUCETTE LLP
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco, CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547

*Attorneys for Plaintiff Genentech, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| GENENTECH, INC.,<br><br>      Plaintiff,<br><br> vs.<br><br>BIOGEN MA INC.,<br><br>      Defendant. | Case No. 23-cv-00909-YGR (LB)<br><br>**JOINT WITNESS LIST**<br><br>Hearing Date: June 9, 2025<br>Time: 9:00 a.m.<br>Courtroom: 1, 4th floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Orders (Dkt. Nos. 91, 102), the Court's Standing Order Re: Pretrial Instructions in Civil Cases, and in advance of the Pretrial Conference set for June 9, 2025 at 9:00 a.m., Genentech, Inc. and Biogen MA Inc. hereby submit a list of all witness they presently anticipate they will call at trial to testify (other than solely for impeachment or rebuttal), as well as the manner in which the witnesses will appear (*i.e.,* live or deposition).

A.   **Witnesses Genentech Expects to Call at Trial.**

Genentech considers all of the witnesses listed below to be primary witnesses.

| Witness | Summary of Testimony | Presentation | Direct Estimate (hrs) | Cross Estimate (hrs) |
|---|---|---|---|---|
| Sean Johnston | Mr. Johnston will testify about the history of Genentech and the Cabilly patent; the negotiation of the License and other Cabilly licenses Genentech executed; Genentech's expectation that it would receive royalties from Biogen on Tysabri manufactured in the U.S. before and sold after Cabilly expired; and licensing industry custom and practice. He also will respond to other assertions Biogen has made or may make. | Live | 1.5 | 1.0 |
| Felix Wong | Mr. Wong will testify about the royalty payments associated with the license agreement at issue, Genentech's course of dealing with Biogen, and the Net Sales of Tysabri manufactured before and sold after Cabilly expired. He also will respond to other assertions Biogen has made or may make. | Live | .5 | .5 |
| Tim Schwartz | Mr. Schwartz will testify about the negotiation of the License and other Cabilly licenses Genentech executed; Genentech's expectation that it would receive royalties from Biogen on Tysabri manufactured in the U.S. before and sold after Cabilly expired; and will respond to other assertions Biogen has made or may make. | Live | 1.0 | .7 |

| Name | Description | Method | | |
|---|---|---|---|---|
| Carl Battle | Mr. Battle is a former employee of Elan Pharmaceuticals who participated in the 2004 negotiations of the License. He will testify on that subject. | By deposition (video) | .5 | .75 |
| Kristina Dickerson | Ms. Dickerson is a current Biogen employee who will testify about Biogen's determination that it was obligated to pay the Tysabri royalties in dispute, as reflected in Biogen business documents; she also will testify about Biogen's pattern under other agreements of paying and collecting royalties on licensed product sold after expiry of the licensed patents. | By deposition (video) | 1.1 | 1 |
| Christopher Stone[1] | Mr. Stone is the CEO and General Counsel of PDL BioPharma. He will testify about his company's 1998 patent license with Biogen and Biogen's payment of royalties on Tysabri it manufactured under license before, and sold after, the licensed PDL patent expired. | Live or by deposition (video) | .3 | .5 |
| Christopher Strate[2] (or another lawyer with Gibbons P.C.) | Mr. Strate and colleagues at the Gibbons law firm defended The Medicines Company against claims by Biogen that TMC owed royalties on product manufactured under a patent license from Biogen and sold after the licensed patent expired. He will testify on that subject including providing a basis for the admission of evidence documenting these facts. | Live | .3 | .5 |
| Kathleen Denis[3] | Summary of expert's opinions and the bases therefore set out in Joint Expert Witness List. | Live | 1.0 | 1 |

---

[1] Biogen objects to Genentech calling Mr. Stone at trial for the reasons discussed in Biogen's Motion *in Limine* No. 3.
[2] Biogen objects to Genentech calling Mr. Strate at trial for the reasons discussed in Biogen's Motion *in Limine* No. 4.
[3] Biogen objects to Genentech calling Dr. Denis at trial for the reasons discussed in Biogen's Motion *in Limine* No. 1.

**JOINT WITNESS LIST**

| | | | | |
|---|---|---|---|---|
| Chris Seaton[4] | Summary of expert's opinions and the bases therefore set out in Joint Expert Witness List. | Live | 1.0 | 1 |
| Melissa Bennis | Summary of expert's opinions and the bases therefore set out in Joint Expert Witness List. | Live | .5 | .5 |

### B.     Witnesses Biogen Expects to Call at Trial.

The witnesses marked with an asterisk are viewed as primary witnesses.

| Witness | Topic | Means of Testimony | Time for Direct (hrs) | Time for Cross (hrs) |
|---|---|---|---|---|
| Carl Olson* | Biogen's development, approval, marketing, and commercialization of Tysabri®. | Live testimony | 1.0 | .7 |
| Kristina Dickerson* | Royalty payments to Genentech under the 2004 Non-Exclusive Cabilly Patent License Agreement ("Agreement"). Subject to Biogen's motions in limine, Ms. Dickerson might also testify on Biogen's payments related to third party agreements concerning Tysabri. | Live testimony by remote means (subject to stipulation) | 1.0 | 0.8 |
| Carl Battle* | Negotiation of the Agreement. | Video deposition | .8 | 0 |
| Timothy Schwartz* | Negotiation of the Agreement. | Video deposition and/or live testimony | .5 | .5 |
| Sean Johnston* | Negotiation of the Agreement | Video deposition and/or live testimony | .5 | .7 |
| Felix Wong | Subject to Biogen's motions *in limine*, royalty payments under third party agreements involving Genentech. | Video deposition and/or live testimony | 1.5 | .3 |
| Edward Buthusiem* | Summary of expert's opinions and the bases therefore set out in Joint Expert Witness List. | Live testimony | 3.0 | 1.5 |

---

[4] Biogen objects to Genentech calling Mr. Seaton at trial for the reasons discussed in Biogen's Motion *in Limine* No. 1.

| | | |
|---|---|---|
| 1 | DATED: May 23, 2025 | **WILLIAMS & CONNOLLY LLP** |
| 2 | | By: /s/ Paul B. Gaffney |
| 3 | | Paul B. Gaffney (State Bar No. 345431) |
| | | Charles L. McCloud (*pro hac vice*) |
| 4 | | Ricardo Leyva (State Bar No. 319939) |
| 5 | | pgaffney@wc.com |
| | | lmccloud@wc.com |
| 6 | | rleyva@wc.com |
| 7 | | **SKAGGS FAUCETTE LLP** |
| | | Jeffrey E. Faucette |
| 8 | | jeff@skaggsfaucette.com |
| 9 | | *Attorneys for Plaintiff Genentech, Inc.* |
| 10 | | **DECHERT LLP** |
| 12 | | By: /s/ Martin J. Black |
| | | Nisha Patel (SBN 281628) |
| 13 | | nisha.patelgupta@dechert.com |
| 14 | | US Bank Tower |
| | | 633 West 5th Street, Suite 4900 |
| 15 | | Los Angeles, CA 90071 |
| | | (213) 808-5700 |
| 16 | | |
| 17 | | Charles Hsu (SBN 328798) |
| | | charles.hsu@dechert.com |
| 18 | | 45 Fremont St 26th Floor |
| | | San Francisco, CA 94105 |
| 19 | | (650) 813-4800 |
| 20 | | Martin J. Black (*pro hac vice*) |
| | | martin.black@dechert.com |
| 21 | | Cira Centre |
| | | 2929 Arch Street |
| 22 | | Philadelphia, PA 19104 |
| | | (215) 994-2664 |
| 23 | | |
| 24 | | Katherine A. Helm (*pro hac vice*) |
| | | khelm@dechert.com |
| 25 | | Three Bryant Park |
| | | 1095 Avenue of the Americas |
| 26 | | New York, New York 10036-6797 |
| | | (212) 698-3500 |
| 27 | | |
| 28 | | *Attorneys for Defendant Biogen MA Inc.* |

**ATTESTATION**

Pursuant to Civil L.R. 5-1, I, Paul B. Gaffney, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 23, 2025

By:    */s/* Paul B. Gaffney
        Paul B. Gaffney