Paul B. Gaffney (State Bar No. 345431)
Charles L. McCloud (pro hac vice)
Ricardo Leyva (State Bar No. 319939)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC  20024
Tel: (202) 434-5000
Fax: (202) 434-5029

Jeffrey E. Faucette (State Bar No. 193066)
SKAGGS FAUCETTE LLP
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco, CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547

*Attorneys for Plaintiff Genentech, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BIOGEN MA INC.,<br>　　　　　　Defendant. | Case No. 23-cv-00909-YGR (LB)<br><br>**JOINT EXPERT WITNESS LIST**<br><br>Hearing Date: June 9, 2025<br>Time: 9:00 a.m.<br>Courtroom: 1, 4th floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

**JOINT EXPERT WITNESS LIST**

Pursuant to the Court's Orders (Dkt. Nos. 91, 102), the Court's Standing Order Re: Pretrial Instructions in Civil Cases, and in advance of the Pretrial Conference set for June 9, 2025 at 9:00 a.m., Genentech, Inc. and Biogen MA Inc. hereby submit their lists of all expert witnesses.

A.   **Genentech's Expert Witness List.**

| Witness | Substance of Testimony | Curriculum Vitae | Direct Estimate | Cross Estimate |
|---|---|---|---|---|
| Kathleen Denis | Dr. Denis is an independent consultant who retired from the position of associate vice president of technology transfer at the Rockefeller University in New York City in 2018.  In her 18 years at Rockefeller, she evaluated over 900 early-stage technologies and negotiated over 500 license and option agreements with biotechnology and large pharmaceutical companies.  Dr. Denis is also a trained scientist, having a Ph.D. in immunology from the University of Pennsylvania and spending seven years at the Molecular Biology Institute at the University of California, Los Angeles.  She is a Certified Licensing Professional and served on the Board of Certified Licensing Professionals, Inc.<br><br>Dr. Denis will provide the jury with background on Cabilly and explain the role that licenses to manufacturing patents like Cabilly play in the biopharmaceutical industry.  Dr. Denis will also describe the custom and practice of the biopharmaceutical industry with respect to the out-licensing of patents, with a particular emphasis on the general expectations of the licensors of manufacturing process patents. | Dr. Denis's CV is attached as **Appendix A.** | 1 hour | 1 hour |

| | | | | |
|---|---|---|---|---|
| | Dr. Denis's opinions, and the bases for them, are more fully disclosed in her July 19, 2024 (revised on April 17, 2025) and September 24, 2024 written reports, and in her October 10, 2024 deposition testimony. | | | |
| Chris Seaton | Mr. Seaton is an independent consultant who previous served as the Vice President, Business Planning & Finance for the Pharmaceuticals North America division of Bayer Corporation from 1995 to 2001 and Senior Vice President, Global Licensing for the Bayer Pharmaceuticals Business Group from 2001 to 2007. Following Bayer's merger with Schering, he served as the Senior Vice President, Global Transactions until 2012 and then was appointed Senior Vice President, Negotiations, for Bayer Healthcare. Mr. Seaton retired from Bayer in 2018. Mr. Seaton supervised nearly all of Bayer's intellectual property licensing transactions and negotiations in his time there.<br><br>Mr. Seaton will describe the custom and practice of the biopharmaceutical industry with respect to in-licensing of patents, with a particular emphasis on the general expectations of the licensees of manufacturing process patents. Mr. Seaton will explain how these licenses operate in practice, including considerations for decisionmaking regarding litigation over patent license agreements. Mr. Seaton will also describe the importance of financial projections—including projections regarding royalty | Mr. Seaton's CV is attached as **Appendix B.** | 1 hour | 1 hour |

| Witness | Substance of Testimony | Curriculum Vitae | Direct Estimate | Cross Estimate |
|---|---|---|---|---|
| | obligations—within a biopharmaceutical company.<br><br>Mr. Seaton's opinions, and the bases for them, are more fully disclosed in his July 19, 2024 (revised on April 17, 2025) and September 24, 2024 written reports, and in his October 15, 2024 deposition testimony. | | | |
| Melissa Bennis | Ms. Bennis is a Managing Director at the firm of Stout Risius Ross, LLC.  She has provided financial consulting services on various intellectual property litigation matters, performing complex studies and analyses regarding lost sales, lost profits, incremental profits, prejudgment interest, and other economic subjects.  Prior to her work as a consultant, Ms. Bennis was a manager in the Forensic Accounting practice at KMPG, LLP.  She is a member of the American Institute of Certified Public Accountants.  Ms. Bennis will explain the calculations for prejudgment interest of the appropriate amount of damages recoverable by Genentech should Biogen be found liable for the Breach of Contract claim.<br><br>Ms. Bennis's opinions, and the bases for them, are more fully disclosed in her July 19, 2024 and September 24, 2024 written reports, and in her October 3, 2024 deposition testimony. | Ms. Bennis's CV is attached as **Appendix C.** | 0.5 hour | 0.5 hour |

B.   **Biogen's Expert Witness List.**

| Witness | Substance of Testimony | Curriculum Vitae | Direct Estimate | Cross Estimate |
|---|---|---|---|---|
| Edward J. Buthusiem | Mr. Buthusiem's experience and qualifications are set forth in the attached CV.  Mr. Buthusiem has over 20 years of experience in | Mr. Buthusiem's CV is attached as **Appendix D.** | 3 hours | 1.5 hours |

negotiating patent license agreements in the pharmaceutical industry, having been a senior executive at GlaxoSmithKline from 1990 to 2010.  Mr. Buthusiem offers rebuttal opinions in response to the opinions offered by Genentech's experts Kathleen Denis, Christopher Seaton, and Melissa Bennis.  Summaries of Mr. Buthusiem's opinions follow below.  Mr. Buthusiem offers Opinions 1 and 2 purely in rebuttal to Genentech's improper expert opinions that are subject to Biogen's motions *in limine*; if Biogen's motions are granted, there will be no need for such testimony.

**Opinion 1**: Contrary to what Genentech's experts claim, there was no industry custom or practice when the Agreement was executed in 2004 requiring the payment of tail royalties in the pharmaceutical industry.  Instead, the specific language of each agreement would govern whether tail royalties are required.

**Opinion 2**: Contrary to what Genentech's experts claim, and regardless of industry custom around paying tail royalties, the language of the License Agreement would reasonably be understood by a pharmaceutical licensing executive to exclude tail royalties.

**Opinion 3**:  Assuming Genentech prevails in its interpretation of the License Agreement, the maximum amount of damages it is entitled to, plus applicable

| | | | |
|---|---|---|---|
| interest using simple interest calculations. | | | |

**JOINT EXPERT WITNESS LIST**

DATED: May 23, 2025

**WILLIAMS & CONNOLLY LLP**

By: _/s/_ Paul B. Gaffney

Paul B. Gaffney (State Bar No. 345431)
Charles L. McCloud (_pro hac vice_)
Ricardo Leyva (State Bar No. 319939)
pgaffney@wc.com
lmccloud@wc.com
rleyva@wc.com

**SKAGGS FAUCETTE LLP**

Jeffrey E. Faucette
jeff@skaggsfaucette.com

_Attorneys for Plaintiff Genentech, Inc._

**DECHERT LLP**

By: _/s/_ Martin J. Black

Nisha Patel (SBN 281628)
nisha.patelgupta@dechert.com
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
(213) 808-5700

Charles Hsu (SBN 328798)
charles.hsu@dechert.com
45 Fremont St 26th Floor
San Francisco, CA 94105
(650) 813-4800

Martin J. Black (_pro hac vice_)
martin.black@dechert.com
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2664

Katherine A. Helm (_pro hac vice_)
khelm@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
(212) 698-3500

_Attorneys for Defendant Biogen MA Inc._

# ATTESTATION

Pursuant to Civil L.R. 5-1, I, Paul B. Gaffney, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 23, 2025

By:    */s/* Paul B. Gaffney
        Paul B. Gaffney