Paul B. Gaffney (State Bar No. 345431)
Charles L. McCloud (pro hac vice)
Ricardo Leyva (State Bar No. 319939)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC  20024
Tel: (202) 434-5000
Fax: (202) 434-5029

Jeffrey E. Faucette (State Bar No. 193066)
SKAGGS FAUCETTE LLP
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco, CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547

*Attorneys for Plaintiff Genentech, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GENENTECH, INC.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BIOGEN MA INC.,<br><br>　　　　　　Defendant. | Case No. 23-cv-00909-YGR (LB)<br><br>**JOINT PRELIMINARY STATEMENT OF THE CASE**<br><br>Hearing Date: June 9, 2025<br>Time: 9:00 a.m.<br>Courtroom: 1, 4th floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Orders (Dkt. Nos. 91, 102), the Court's Standing Order Re: Pretrial Instructions in Civil Cases, and in advance of the Pretrial Conference set for June 9, 2025, Genentech, Inc. ("Genentech") and Biogen MA Inc. ("Biogen") hereby submit the following Joint Preliminary Statement of the Case.

**Preliminary Statement**

Genentech and Biogen are biopharmaceutical companies that develop, manufacture, and sell biologic medicines. Biogen developed a drug called Tysabri for treatment of multiple sclerosis. Genentech is suing Biogen for breach of a patent license agreement they executed in 2004 that granted Biogen the right to use, in its manufacture of Tysabri, certain antibody manufacturing technology Genentech invented and patented. The parties refer to that patent as "Cabilly." In return, Biogen promised to make certain payments to Genentech, including royalties.

The Cabilly patent expired on December 18, 2018. Biogen paid Genentech royalties on Tysabri sold through that date. The parties disagree whether the Agreement required Biogen to pay royalties on Tysabri manufactured in or imported into the United States before Cabilly expired but sold after that date. Genentech contends the Agreement does require those payments and sued Biogen after it refused to make them. Biogen contends that the Agreement does not require the payment of any additional royalties and denies the claim.

DATED: May 23, 2025

**WILLIAMS & CONNOLLY LLP**

By: /s/ Paul B. Gaffney

Paul B. Gaffney (State Bar No. 345431)
Charles L. McCloud (*pro hac vice*)
Ricardo Leyva (State Bar No. 319939)
pgaffney@wc.com
lmccloud@wc.com
rleyva@wc.com

**SKAGGS FAUCETTE LLP**
Jeffrey E. Faucette
jeff@skaggsfaucette.com

*Attorneys for Plaintiff Genentech, Inc.*

**DECHERT LLP**

By: /s/ Martin J. Black

Nisha Patel (SBN 281628)
nisha.patelgupta@dechert.com
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
(213) 808-5700

Charles Hsu (SBN 328798)
charles.hsu@dechert.com
45 Fremont St 26th Floor
San Francisco, CA 94105
(650) 813-4800

Martin J. Black (*pro hac vice*)
martin.black@dechert.com
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2664

Katherine A. Helm (*pro hac vice*)
khelm@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
(212) 698-3500

*Attorneys for Defendant Biogen MA Inc.*

## ATTESTATION

Pursuant to Civil L.R. 5-1, I, Paul B. Gaffney, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 23, 2025

By:  /s/ Paul B. Gaffney
     Paul B. Gaffney