Paul B. Gaffney (State Bar No. 345431)
Charles L. McCloud (pro hac vice)
Ricardo Leyva (State Bar No. 319939)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC  20024
Tel: (202) 434-5000
Fax: (202) 434-5029

Jeffrey E. Faucette (State Bar No. 193066)
SKAGGS FAUCETTE LLP
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco, CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547

*Attorneys for Plaintiff Genentech, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>                      Plaintiff,<br><br>    vs.<br><br>BIOGEN MA INC.,<br><br>                      Defendant. | Case No. 23-cv-00909-YGR (LB)<br><br>**JOINT PROPOSED VERDICT FORM**<br><br>Hearing Date: June 9, 2025<br>Time: 9:00 a.m.<br>Courtroom: 1, 4th floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Section 3(j) of the Court's Standing Order re: Pretrial Instructions in Civil Cases (last updated March 17, 2025), Plaintiff Genentech, Inc. ("Genentech") and Defendant Biogen MA, Inc. ("Biogen") hereby submit a joint proposed Verdict Form, attached herewith.

DATED: May 23, 2025

**WILLIAMS & CONNOLLY LLP**

By:    */s/* Paul B. Gaffney

Paul B. Gaffney (State Bar No. 345431)
Charles L. McCloud (*pro hac vice*)
Ricardo Leyva (State Bar No. 319939)
pgaffney@wc.com
lmccloud@wc.com
rleyva@wc.com

**SKAGGS FAUCETTE LLP**
Jeffrey E. Faucette
jeff@skaggsfaucette.com

*Attorneys for Plaintiff Genentech, Inc.*

**DECHERT LLP**

By:    */s/* Martin J. Black

Nisha Patel (SBN 281628)
nisha.patelgupta@dechert.com
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
(213) 808-5700

Charles Hsu (SBN 328798)
charles.hsu@dechert.com
45 Fremont St 26th Floor
San Francisco, CA 94105
(650) 813-4800

Martin J. Black (*pro hac vice*)
martin.black@dechert.com

**PARTIES' JOINT PROPOSED VERDICT FORM**

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2664

Katherine A. Helm (*pro hac vice*)
khelm@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
(212) 698-3500

*Attorneys for Defendant Biogen MA Inc.*

## ATTESTATION

Pursuant to Civil L.R. 5-1, I, Paul B. Gaffney, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 23, 2025

By:    */s/* Paul B. Gaffney
Paul B. Gaffney

**PARTIES' JOINT PROPOSED VERDICT FORM**