| | |
|---|---|
| GENENTECH, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>BIOGEN MA INC.,<br><br>　　　Defendant. | Case No. 4:23-cv-00909-YGR<br><br>**JURY VERDICT FORM** |

**WE, THE JURY IN THE ABOVE-ENTITLED CASE,** unanimously find as follows:

1. On the cause of action for breach of contract, did plaintiff Genentech prove the claim by a preponderance of the evidence against defendant Biogen?

   _____ YES        _____ NO

*If your answer to Question 1 was **YES**, then you must answer Question 2.*
*If your answer to Question 1 was **NO**, do not answer Question 2.*

2. What are Genentech's damages for the harm caused by Biogen's breach of contract?

   $ _____

Signed: _____
　　　　　　　Presiding Juror

Dated: _____

After this verdict form has been signed, please notify the Courtroom Deputy.