Paul B. Gaffney (State Bar No. 345431)
Charles L. McCloud (pro hac vice)
Ricardo Leyva (State Bar No. 319939)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

Jeffrey E. Faucette (State Bar No. 193066)
SKAGGS FAUCETTE LLP
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco, CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547

*Attorneys for Plaintiff Genentech, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GENENTECH, INC.,<br><br>  Plaintiff,<br><br>  vs.<br><br>BIOGEN MA INC.,<br><br>  Defendant. | Case No. 23-cv-00909-YGR (LB)<br><br>**PROPOSAL FOR ADDITIONAL JURY QUESTIONS**<br><br>Hearing Date: June 9, 2025<br>Time: 9:00 a.m.<br>Courtroom: 1, 4th floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Section 3(i) of the Court's Standing Order re: Pretrial Instructions in Civil Cases, the parties hereby submit this list of proposed questions to be included with the jury questionnaire. The parties also include a list of all parties, attorneys, and potential trial witnesses to determine if prospective jurors have any knowledge of or contact with the same. An MS Word copy of the below questions and list of persons will also be sent to the Court.

I.   **GENENTECH'S PROPOSED QUESTIONS**

(1) Would you say you have knowledge about patents?
   Yes
   No
   If yes, please explain/describe:

(2) This case involves a license agreement granting Biogen rights to a Genentech patent called "Cabilly." Do you have any knowledge or work experience in: (a) patents; (b) the Cabilly patent; (c) license agreements; (d) contract negotiations or administration; or (e) biotechnology or the pharmaceutical industry?
   Yes
   No
   Please explain/describe:

(3) Do you have a positive or negative opinion of either Genentech or Biogen?
   Yes
   No
   If yes, please explain/describe:

(4) Have you filled a prescription for medication in the past four months?
   Yes
   No
   Please explain/describe:

(5) Do you take prescription medication on a regular basis, for example, daily, weekly, or monthly?
   Yes
   No
   Please explain/describe:

(6) Have you or a family member ever taken a prescription medication made or sold by Genentech or Biogen?
   Yes
   No
   Please explain/describe:

(7) Do you feel that patents in the pharmaceutical industry slow development of medications or make them more expensive?
    Yes
    No
    Please explain/describe:

(8) Have you ever thought about filing a lawsuit but didn't end up doing that?
    Yes
    No
    If yes, please explain/describe:

(9) Have you ever really wanted to serve on a jury?
    Yes
    No
    Please explain/describe:

(10) Without saying for whom, did you vote in the 2024 presidential election?
    Yes
    No
    Please explain/describe:

## II. BIOGEN'S PROPOSED QUESTIONS

(1) Do you have any knowledge of or ever worked at or with any of the following companies, law firms, or individuals?
    Biogen
    Carl Battle
    Carl Olson
    Charles Hsu
    Charles L. McCloud
    Chris Seaton
    Christoper Stone
    Christopher Strate
    City of Hope
    Dechert LLP
    Edward Buthusiem
    Felix Wong
    Genentech
    George Wang
    Katherine Helm
    Katheleen Denis
    Kristina Dickerson
    Kyle Greene
    Martin Black
    Melissa Bennis
    Michael Joshi
    Nisha Patel

        Paul Gaffney
        Raymond Arner
        Ricardo Leyva
        Sean Johnston
        Shmuel Cabilly
        Timothy Schwartz
        Williams & Connolly LLP
        None of the above
        If any of the above are checked, please explain:

(2) Have you, a family member, or someone close to you ever had employment, training, education (college level or higher), or experience in any of the following areas?
        Law (Yes, self / Yes, family, / Yes, someone close)
        Chemistry, Microbiology, or Molecular Biology (Yes, self / Yes, family / Yes, someone close)
        Medicine or Healthcare (Yes, self / Yes, family / Yes, someone close)
        Pharmaceutical Industry (Yes, self / Yes, family / Yes, someone close)
        Accounting / Finance (Yes, self / Yes, family / Yes, someone close)
        Contract negotiating, drafting, or administering (Yes, self / Yes, family / Yes, someone close)
        Licensing (Yes, self / Yes, family / Yes, someone close)
        Patents (Yes, self / Yes, family / Yes, someone close)
        Research and development of any product or process (Yes, self / Yes, family / Yes, someone close)
        None of the above
        If yes to any of the above, please explain:

(3) Have you, a family member, or close friend ever been diagnosed with multiple sclerosis?
        No.
        Yes.

(4) Do you have any strong opinions about pharmaceutical companies?
        No.
        Yes. Please explain:

(5) Are you familiar with a medication called Tysabri?
        No.
        Yes. Please explain:

(6) Have you, a family member, or close friend ever been involved in a dispute over a contract?
        No.
        Yes. Please explain:

(7) Have you, a family member, or close friend ever been involved in a dispute over intellectual property, such as patents?
        No.
        Yes. Please explain:

(8) Do you have any strong opinions about the United States patent system?
　　No.
　　Yes. Please explain:

(9) Do you belong to or hold positions of leadership for any charities or civic, social, or professional organizations?
　　No.
　　Yes. Please list the charities or organizations and your leadership positions, if any:

(10) Do you know of any other matter which you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict?
　　No.
　　Yes. Please explain.

### III. LIST OF ALL PARTIES, ATTORNEYS, AND POTENTIAL TRIAL WITNESSES TO DETERMINE IF PROSPECTIVE JURORS HAVE ANY KNOWLEDGE OF OR CONTACT WITH THE SAME

**Parties**

Genentech, Inc.

Biogen MA Inc.

**Attorneys**

Williams & Connolly LLP

Dechert LLP

Martin Black

Paul Gaffney

Kyle Greene

Katherine Helm

Charles Hsu

Michael Joshi

Ricardo Leyva

Charles L. McCloud

Nisha Patel

George Wang

**Potential Trial Witnesses**

Carl Battle

Melissa Bennis

Edward Buthusiem

Katheleen Denis

Kristina Dickerson

Sean Johnston

Carl Olson

Timothy Schwartz

Chris Seaton

Christoper Stone

Christopher Strate

Felix Wong

| | | |
|---|---|---|
| DATED: May 28, 2025 | | **WILLIAMS & CONNOLLY LLP** |
| | By: | /s/ Paul B. Gaffney |
| | | Paul B. Gaffney (State Bar No. 345431) |
| | | Charles L. McCloud (*pro hac vice*) |
| | | Ricardo Leyva (State Bar No. 319939) |
| | | pgaffney@wc.com |
| | | lmccloud@wc.com |
| | | rleyva@wc.com |
| | | |
| | | **SKAGGS FAUCETTE LLP** |
| | | Jeffrey E. Faucette |
| | | jeff@skaggsfaucette.com |
| | | |
| | | *Attorneys for Plaintiff Genentech, Inc.* |
| | | |
| | | **DECHERT LLP** |
| | By: | /s/ Martin J. Black |
| | | Nisha Patel (SBN 281628) |
| | | nisha.patelgupta@dechert.com |
| | | US Bank Tower |
| | | 633 West 5th Street, Suite 4900 |
| | | Los Angeles, CA 90071 |
| | | (213) 808-5700 |
| | | |
| | | Charles Hsu (SBN 328798) |
| | | charles.hsu@dechert.com |
| | | 45 Fremont St 26th Floor |
| | | San Francisco, CA 94105 |
| | | (650) 813-4800 |
| | | |
| | | Martin J. Black (*pro hac vice*) |
| | | martin.black@dechert.com |
| | | Cira Centre |
| | | 2929 Arch Street |
| | | Philadelphia, PA 19104 |
| | | (215) 994-2664 |
| | | |
| | | Katherine A. Helm (*pro hac vice*) |
| | | khelm@dechert.com |
| | | Three Bryant Park |
| | | 1095 Avenue of the Americas |
| | | New York, New York 10036-6797 |
| | | (212) 698-3500 |
| | | |
| | | *Attorneys for Defendant Biogen MA Inc.* |

## ATTESTATION

Pursuant to Civil L.R. 5-1, I, Paul B. Gaffney, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 28, 2025

By: */s/* Paul B. Gaffney
Paul B. Gaffney