# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GENENTECH, INC.,**<br>    Plaintiff,<br>  vs.<br>**BIOGEN MA, INC.,**<br>    Defendant. | CASE NO. 23-cv-00909-YGR<br><br>**PRETRIAL ORDER NO. 2** |

**TO THE PARTIES AND COUNSEL OF RECORD:**

1.  The Court is in receipt of the parties' pretrial filings. As the parties are aware, the Court limits the number of motions in limine. Here, Biogen's Motion *in Limine* No. 1 contains three subparts, effectively three motions. Accordingly, Biogen has exceeded the Court's motion *in limine* limit by two. By June 3, 2025, Biogen shall file a notice as to which two motions are withdrawn. If no notice is filed, the Court will strike Biogen's Motion *in Limine* Nos. 4 and 5.

2.  Since the parties could not agree on ten proposed additional questions for jury voir dire, each party should identify their top five proposed questions by June 3, 2025. Again, the Court observes that Biogen's proposed question number two constitutes nine separate questions collapsed in one.

3.  In order for the Court to identify juror conflicts, it needs one alphabetical list. By June 3, 2025, the parties shall send to the Court by email one consolidated list of all companies, law firms, attorneys, and trial witnesses in alphabetical order, without regard to the identifying party. Currently the filing contains multiple lists.

**IT IS SO ORDERED.**

Dated: June 2, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**