Paul B. Gaffney (State Bar No. 345431)
Charles L. McCloud (pro hac vice)
Ricardo Leyva (State Bar No. 319939)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

Jeffrey E. Faucette (State Bar No. 193066)
SKAGGS FAUCETTE LLP
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco, CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547

*Attorneys for Plaintiff Genentech, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BIOGEN MA INC.,<br><br>　　　　　　　Defendant. | Case No. 23-cv-00909-YGR (LB)<br><br>**PROPOSAL FOR ADDITIONAL JURY QUESTIONS**<br><br>Hearing Date: June 9, 2025<br>Time: 9:00 a.m.<br>Courtroom: 1, 4th floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Pretrial Order No. 2 (ECF 154, ¶ 2), the parties hereby submit this list of proposed questions to be included with the jury questionnaire.

I.  **GENENTECH'S PROPOSED QUESTIONS**

(1) This case involves a license agreement granting Biogen rights to a Genentech patent called "Cabilly." Do you have any knowledge or work experience in: (a) patents; (b) the Cabilly patent; (c) license agreements; (d) contract negotiations or administration; or (e) biotechnology or the pharmaceutical industry?
  Yes
  No
  Please explain/describe:

(2) Have you filled a prescription for medication in the past four months?
  Yes
  No
  Please explain/describe:

(3) Do you feel that patents in the pharmaceutical industry slow development of medications or make them more expensive?
  Yes
  No
  Please explain/describe:

(4) Have you ever really wanted to serve on a jury?
  Yes
  No
  Please explain/describe:

(5) Without saying for whom, did you vote in the 2024 presidential election?
  Yes
  No
  Please explain/describe:

II. **BIOGEN'S PROPOSED QUESTIONS**

(1) Have you, a family member, or someone close to you ever worked in or had experience with the pharmaceutical industry?
  No.
  Yes. Please explain:

(2) Have you, a family member, or someone close to you ever had employment, training, education (college level or higher), or experience in accounting/finance?
  No.

      Yes. Please explain:

(3) Have you, a family member, or close friend ever been diagnosed with multiple sclerosis?
      No.
      Yes.

(4) Do you have any strong opinions about the United States patent system?
      No.
      Yes. Please explain:

(5) Do you belong to or hold positions of leadership for any charities or civic, social, or professional organizations?
      No.
      Yes. Please list the charities or organizations and your leadership positions, if any:

| | | |
|---|---|---|
| 1  DATED:  June 3, 2025 | | **WILLIAMS & CONNOLLY LLP** |
| 2 | By: | /s/ Paul B. Gaffney |
| 3 | | Paul B. Gaffney (State Bar No. 345431) |
| | | Charles L. McCloud (*pro hac vice*) |
| 4 | | Ricardo Leyva (State Bar No. 319939) |
| | | pgaffney@wc.com |
| 5 | | lmccloud@wc.com |
| 6 | | rleyva@wc.com |
| 7 | | **SKAGGS FAUCETTE LLP** |
| | | Jeffrey E. Faucette |
| 8 | | jeff@skaggsfaucette.com |
| 9 | | *Attorneys for Plaintiff Genentech, Inc.* |
| 10 | | **DECHERT LLP** |

<br>

By: /s/ Martin J. Black

Nisha Patel (SBN 281628)
nisha.patelgupta@dechert.com
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
(213) 808-5700

Charles Hsu (SBN 328798)
charles.hsu@dechert.com
45 Fremont St 26th Floor
San Francisco, CA 94105
(650) 813-4800

Martin J. Black (*pro hac vice*)
martin.black@dechert.com
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2664

Katherine A. Helm (*pro hac vice*)
khelm@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
(212) 698-3500

*Attorneys for Defendant Biogen MA Inc.*

**PROPOSAL FOR ADDITIONAL JURY QUESTIONS**

**ATTESTATION**

Pursuant to Civil L.R. 5-1, I, Paul B. Gaffney, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: June 3, 2025

By:    */s/* Paul B. Gaffney
         Paul B. Gaffney