DECHERT LLP
Nisha Patel (SBN 281628)
nisha.patelgupta@dechert.com
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071
(213) 808-5700

Charles Hsu (SBN 328798)
Michael Joshi (SBN 302184)
charles.hsu@dechert.com
michael.joshi@dechert.com
45 Fremont St. 26th Floor
San Francisco, CA 94105
(415) 262-4500

Martin J. Black (*pro hac vice*)
martin.black@dechert.com
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
(215) 994-2664

Katherine A. Helm (*pro hac vice*)
khelm@dechert.com
Three Bryant Park, 1095 Avenue of the Americas
New York, New York 10036-6797
(212) 698-3500

*Attorneys for Defendant*
*Biogen MA Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| GENENTECH, INC., | Case No. 4:23-cv-00909-YGR (LB) |
| Plaintiff, | **BIOGEN MA INC.'S NOTICE REGARDING PRETRIAL ORDER NO. 2** |
| v. | |
| BIOGEN MA INC., | |
| Defendant. | |

DECHERT LLP

Pursuant to the Court's June 2, 2025 Pretrial Order No. 2 (Dkt. No. 154), Biogen MA Inc. ("Biogen") respectfully submits this Notice identifying the two Motions *in Limine* it seeks to withdraw.

Biogen withdraws Motion *in Limine* No. 2.

With respect to the second motion, if Biogen is permitted to withdraw one of the subparts of Motion *in Limine* No. 1, then Biogen proposes to withdraw subpart (3), which sought to exclude the experts' interpretation of evidence. A redlined Motion reflecting the withdrawn portion is attached as **Exhibit A** and a clean version of the Motion is attached as **Exhibit B.** If that is not permissible, then Biogen withdraws Motion *in Limine* No. 3.

| | |
|---|---|
| Dated: June 3, 2025 | Respectfully Submitted,<br><br>By: /s/ *Martin J. Black*<br><br>DECHERT LLP<br>Nisha Patel (SBN 281628)<br>nisha.patelgupta@dechert.com<br>US Bank Tower<br>633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071<br>(213) 808-5700<br><br>Charles Hsu (SBN 328798)<br>Michael Joshi (SBN 302184)<br>charles.hsu@dechert.com<br>michael.joshi@dechert.com<br>45 Fremont St. 26th Floor<br>San Francisco, CA 94105<br>(415) 262-4500<br><br>Martin J. Black (*pro hac vice*)<br>martin.black@dechert.com<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-2664<br><br>Katherine A. Helm (*pro hac vice*)<br>khelm@dechert.com<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>(212) 698-3500<br><br>*Attorneys for Defendant*<br>*Biogen MA Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was electronically filed the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Martin J. Black*

Martin J. Black
Dechert LLP