# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** June 9, 2025 | **Time:** 2 hours 32 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 23-cv-909-YGR | **Case Name:** Genentech, Inc. v. Biogen MA, Inc. | |

**Attorney for Plaintiff:** Paul Gaffney, Charles McCloud, Jeffrey Faucette, and Ricardo Leyva
**Attorney for Defendant:** Martin Black, Nisha Patel, and Charles Hsu

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Court Reporter:** Lee-Anne Shortridge

## PROCEEDINGS

Motions in Limine; Pretrial Conference – held.

The Court discussed trial instructions with the parties, heard argument on the motions in limine and motions to file under seal. Pretrial deadlines are set.

Written order to issue.