UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GENENTECH, INC.,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**BIOGEN MA, INC.,**<br><br>　　　　Defendant. | **PROCEDURAL STIPULATIONS**<br>**(EXHIBIT A TO PRETRIAL ORDER)**<br><br>Case No. 23-cv-00909-YGR |

PLEASE INITIAL AND SIGN as acceptable:

It is stipulated that the Defendants will be deemed present with counsel, and each of the jurors will be deemed present, upon reconvening after each adjournment or recess, unless the contrary is noted for the record.

　　　For the Plaintiff  PBG　　　　　　　　For the Defendant  MJB

It is stipulated that the Jury Instructions and the Exhibits may go into the Jury Room during deliberations.

　　　For the Plaintiff  PBG　　　　　　　　For the Defendant  MJB

It is stipulated that the parties need not be present when, during jury deliberations, the jurors are excused for lunch, return for lunch, and/or are discharged in the evening and resume in the morning.

　　　For the Plaintiff  PBG　　　　　　　　For the Defendant  MJB

It is stipulated that, during jury deliberations, the jury may recess without further admonition and without assembling in the jury box, and that they may resume their deliberations upon the Deputy Clerk's determination that all jurors are present.

　　　For the Plaintiff  PBG　　　　　　　　For the Defendant  MJB

(Party Name)  Genentech, Inc.　　　　　　(Party Name)  Biogen MA Inc.

/s/ Paul B. Gaffney　　　　　　　　　　　　/s/ Martin J. Black

　Signature (Plaintiff's Attorney)　　　　　　Signature (Defendant's Attorney)