# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GENENTECH, INC.,**<br>Plaintiff,<br>vs.<br>**BIOGEN MA, INC.,**<br>Defendant. | CASE NO. 23-cv-00909-YGR<br><br>**PRETRIAL ORDER NO. 5 RE ANNOTATED AGREEMENT FOR JURY**<br><br>Re: Dkt. Nos. 172, 175 |

**To All Parties and Counsel of Record:**

*First,* the Court is in receipt of the parties' letters regarding the annotated agreement for the jury. (Dkt. Nos. 172, 175.) At the June 9, 2025 pretrial conference, the Court directed the parties to deliver ten (10) copies of the agreement, annotated to highlight the relevant provisions at issue for the jury. As reflected in the parties' proposed jury instructions, the parties dispute the meaning of the following terms: (1) "Calendar Quarter" (Section 1.03); (2) "Licensed Product" (Section 1.12); (3) "Net Sales" (Section 1.13); (4) "Earned Royalties" (Section 3.03); (5) "Reports" (Section 4.02); (6) "Term" (Section 7.01); and, (8) "Effect of Termination" (Section 7.05).

Biogen requests that the incorporation clause, Section 8.06, also be highlighted, because "Biogen anticipates addressing Section 8.06 at trial" and "Genentech [] relied on Section 8.06 in its prior submissions, including its Opposition to Biogen's Motion for Summary Judgment and its Motion *in Limine* No. 5 regarding the 2002 Non-Binding Term Sheet." (Dkt. No. 172 at 2.) The parties do not dispute the meaning of that term, all of which were jointly identified in the proposed jury instructions. Rather, the Court expects Biogen to argue the application. Any term in the agreement can be argued. That was not the point. The point was to identify disputed terms. The Court **DENIES** Biogen's request.

***Second,*** the Court anticipates sending juror survey responses to the parties next Tuesday or Wednesday.

***Third,*** the parties are advised that Court will not be readily available through next Tuesday. Should disputes arise in the interim, you should not expect a quick response from the Court.

**IT IS SO ORDERED.**

Dated: June 18, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE