

Cira Centre, 2929 Arch Street
Philadelphia PA, 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**MARTIN J. BLACK**

Martin.black@dechert.com
+1 215 994 2664 Direct
+1 215 994 2222 Fax

June 23, 2025

**VIA ECF**

The Honorable Yvonne Gonzalez Rogers
Oakland Courthouse, Courtroom 1 – 4th Floor
1301 Clay Street
Oakland, CA 94612

Re: *Genentech, Inc. v. Biogen MA Inc.*, **Case No. 4:23-cv-00909-YGR(LB) – Biogen's Letter Regarding Presence of Service Animal During Jury Selection and Trial**

Your Honor:

Biogen MA Inc. ("Biogen") respectfully submits this letter to obtain the Court's guidance with respect to a matter relating to jury selection and trial.

Dr. Hailey Drescher, a jury consultant with Trask Consulting, has been retained by Biogen to assist in the jury selection process. Dr. Drescher requires the use of a service dog, Raider III, to manage a genetic disability. Raider III is a fully trained service animal falling within the definition of "service animal" under 28 C.F.R. § 35.104. With the Court's permission, we propose to have Dr. Drescher and her service animal on the far side of the defense counsel table during jury selection, away from the jury, and in the gallery otherwise during the trial.

Obviously, the Court has full discretion over the operation of the courtroom. For reference, we note that federal regulations encourage the accommodation of service animals in public settings. The GSA regulation governing federal buildings, 41 U.S.C. § 102-74.425, states: "No person may bring dogs or other animals on Federal property for other than official purposes. However, a disabled person may bring a seeing-eye dog, a guide dog, or other animal assisting or being trained to assist that individual."

Raider III is a trained service dog, trained by Canine Companions, a nationally recognized organization, and has previously accompanied Dr. Drescher for jury selection in both state and federal courts across multiple jurisdictions, including in Texas, Delaware, Kansas, Nevada, Florida, and California. Raider III is well-trained, accustomed to courtroom settings, and his presence is not expected to cause any delay or disruption to the proceedings.



June 23, 2025
Page 2

We would be happy to answer any questions the Court may have and thank the Court for consideration of this matter.

Respectfully submitted,

 */s/ Martin J. Black*
Martin J. Black