# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**GENENTECH, INC.,**

    Plaintiff,

vs.

**BIOGEN MA, INC.,**

    Defendant.

CASE NO. 23-cv-00909-YGR

**PRETRIAL ORDER NO. 6**

Re: Dkt. No. 185

**To All Parties and Counsel of Record:**

The Court is in receipt of Biogen's letter regarding the presence of a service animal during jury selection, and potentially during trial. Biogen's request is **GRANTED**. The Court will determine the appropriate location on Friday, June 27, 2024 once the Court has more specifics.

**IT IS SO ORDERED.**

Dated: June 25, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**