1 | Paul B. Gaffney (State Bar No. 345431)
2 | Charles L. McCloud (pro hac vice)
  | Ricardo Leyva (State Bar No. 319939)
3 | WILLIAMS & CONNOLLY LLP
  | 680 Maine Avenue SW
4 | Washington, DC  20024
  | Tel: (202) 434-5000
5 | Fax: (202) 434-5029

6 | Jeffrey E. Faucette (State Bar No. 193066)
  | SKAGGS FAUCETTE LLP
7 | Four Embarcadero Center
  | Suite 1400 PMB #72
8 | San Francisco, CA 94111
  | Tel: (415) 295-1197
9 | Fax: (888) 980-6547

10 | *Attorneys for Plaintiff Genentech, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOGEN MA INC., <br><br> Defendant. | Case No. 23-cv-00909-YGR (LB) <br><br> **AMENDED ATTACHMENT A TO JOINT FILING: GENENTECH'S DESIGNATIONS AND EXCERPTS** |

In accordance with Section 3(f) of the Court's Standing Order re: Pretrial Instructions in Civil Cases (last updated March 17, 2025), Genentech submits the following amended list of deposition designations and discovery excerpts.

### I. Genentech's Deposition Designations[1]

| Designation No. | Form of Excerpt | Genentech's Designations | Biogen's Counter-Designations & Objections |
|---|---|---|---|
| Carl Battle (February 27, 2024 Dep.) Former employee of Elan Pharmaceuticals, Inc. | | | |
| 1 | Video of deposition (with transcript) | 5:17–25 | |
| 2 | * | 12:14–18 | |
| 3 | * | 15:8–21 | 13:20-14:2 |
| 4 | * | 16:5–7, 16:12–18, 16:20 | |
| 5 | * | 17:16–25 | 18:15-20 |
| 6 | * | 21:21–22:7 | |
| 7 | * | 24:18–19, 24:22–23 | 24:25-25:4 |
| 8 | * | 27:24–28:2 | |
| 9 | * | 28:15–18 | 28:3-5, 28:8-13 |
| 10 | * | 30:6–32:4 | 32:5-7 |
| 11 | * | 32:14–18, 32:21–33:6 | |
| 12 | * | 41:7–15 | 35:3-12 |
| 13 | * | 43:18–45:5 | 46:1-47:6 |
| 14 | * | 63:9–64:3 | 64:4-7, 76:22-25 |

---

[1] Biogen reserves the right to amend and/or supplement its objections and counter-designations to these designations including to add objections and/or counter designations after the deadline to exchange has passed. Biogen reserves the right to amend and/or supplement its objections and counter-designations on any basis that depends upon how testimony is introduced, for what purpose testimony is introduced, and what portion of testimony is introduced. Biogen reserves the right to amend and/or supplement is objections and counter-designations based on the testimony that Genentech plays at trial. Biogen reserves the right to object to the use of any testimony not adequately identified in Genentech's disclosures or for a purpose not adequately identified in those disclosures. Biogen reserves the right to introduce any testimony designated by Genentech.

| | Kristina Dickerson (April 30, 2024 Dep.) | | |
|---|---|---|---|
| | Employee of Biogen MA Inc., designated under FRCP 30(b)(6) and in her personal capacity. | | |
| 15 | Video of deposition (with transcript) | 8:19–25 | |
| 16 | * | 17:8–10, 17:13–17, 17:20–18:10, 18:24–19:10 | 16:20-17:5 |
| 17[2] | * | 20:3–21:1, 21:3–11, 21:18–24 | |
| 18[3] | * | 22:18–24:4 | 53:15-18 (beginning at "you mentioned")[4], 61:7-10 |
| 19 | * | 24:20–25:3 | 53:15-18 (beginning at "you mentioned"), 61:7-10 |
| 20 | * | 28:16–31:25 | 53:15-18 (beginning at "you mentioned"), 61:7-10 |
| | | | FRE 402 (with respect to 31:20-25) |
| | | | FRE 501, Cal. Evid. Code § 913(a) (with respect to 28:16-29:2, 31:2-25) |
| | | | If objections overruled, 32:9-13, 61:11-13 as additional counter-designations |
| 21 | * | 32:14–33:3 | 53:15-18 (beginning at "you mentioned"), 61:7-10 |
| | | | FRE 501, Cal. Evid. Code § 913(a) (with respect to 32:24-33:3) |
| 22 | * | 36:10–36:16 | 53:15-18 (beginning at "you mentioned"), 61:7-10 |
| 23 | * | 41:20–42:6, 42:12–42:22, 43:23–44:5 | 53:15-18 (beginning at "you mentioned"), 61:7-10 |

---

[2] In light of the Court's definitive ruling on Biogen's Motions *in Limine* (ECF 177) in relation to third party agreements, Biogen does not renew its prior objections (other than those specifically listed in this document) to the admission of designations 29, 41, 47-52, 57, and 58, subject to preserving its right to appeal the admission of these designations.

[3] In light of the Court's definitive ruling on Biogen's Motions *in Limine* (ECF 177) in relation to projections, Biogen does not renew its prior objections (other than those specifically listed in this document) to the admission of designations 30-33, 35-40, subject to preserving its right to appeal the admission of these designations.

[4] For this counter designation, Biogen notes that the examining attorney paused and began a new question mid-sentence.

**AMENDED ATTACHMENT A: GENENTECH'S DESIGNATIONS AND EXCERPTS**

| | | | |
|---|---|---|---|
| 24 | * | 44:17–19 | 53:15-18 (beginning at "you mentioned"), 61:7-10 |
| 25 | * | 49:8–50:9, 50:17–51:17 | 53:15-18 (beginning at "you mentioned"), 61:7-10 |
| 26 | * | 53:4–13 | 53:15-18 (beginning at "you mentioned"), 61:7-10 |
| 27 | * | 61:1–61:6 | 53:15-18 (beginning at "you mentioned"), 61:7-10 |
| 28 | * | 61:18–62:14, 62:20–63:7 | 63:8-25 |
| 29 | * | 64:10–20 | FRE 402, 403, 602, 802 |
| 30 | * | 66:5–18 | 65:2-10, 72:3-9, 72:17-23 <br> FRE 402, 403, 802 |
| 31 | * | 67:2–5 | FRE 402, 403, 602, 802 |
| 32 | * | 71:21–72:2 | 65:2-10, 72:3-9, 72:17-23 <br> FRE 402, 403, 802 |
| 33 | * | 73:4–9, 73:21–75:4 | 13:16-14:17, 22:8-15, 53:15-18 (beginning at "you mentioned"), 61:7-10 <br> FRE 402, 403, 602, 802 <br> FRE 501, Cal. Evid. Code § 913(a) (with respect to 74:2-4) |
| 34 | * | 75:17–19 | |
| 35 | * | 76:16–18 | |
| 36 | * | 77:7–17 | FRE 501, Cal. Evid. Code § 913(a) |
| 37 | * | 78:4–10, 78:14–79:1 | |
| 38 | * | 79:12–22 | FRE 501, Cal. Evid. Code § 913(a) (with respect to 79:12-15) |
| 39 | * | 80:6–82:14 | 82:15-22, 85:21-86:1 |
| 40 | * | 93:12–94:12, 94:20–95:4 | 95:10-17 <br> FRE 501, Cal. Evid. Code § 913(a) (with respect to 93:12-15, 94:4-7) |
| 41 | * | 98:12–99:11 | 22:8-15, 99:12-18, 100:21-101:5 |
| **Christopher Stone (April 10, 2024 Dep.)** <br> **Chief Executive Officer of PDL BioPharma, Inc.** | | | |

3   Case No. 23-cv-00909-YGR (LB)

**AMENDED ATTACHMENT A: GENENTECH'S DESIGNATIONS AND EXCERPTS**

| | | | |
|---|---|---|---|
| 42 | Video of deposition (with transcript) | 6:11–7:21 | FRE 402, 403 |
| 43 | * | 8:1–8 | FRE 402, 403 |
| 44 | * | 9:2–19, 9:21–11:10 | 33:18-34:15; 34:23-35:1; 35:8-24; 39:11-22; 40:24-41:2; 42:3-6; 46:5-8<br><br>FRE 402, 403<br><br>FRE 602, 701 (with respect to 9:17-22) |
| 45 | * | 12:3–5, 12:8–14 | 33:18-34:15; 34:23-35:1; 35:8-24; 39:11-22; 40:24-41:2; 42:3-6; 46:5-8<br><br>FRE 402, 403, 802 |
| 46 | * | 14:4–11, 14:13–21, 14:24–15:1 | 33:18-34:15; 34:23-35:1; 35:8-24; 39:11-22; 40:24-41:2; 42:3-6; 46:5-8<br><br>FRE 402, 403, 602, 701, 802 |
| 47 | * | 16:8–14 | 33:18-34:15; 34:23-35:1; 35:8-24; 39:11-22; 40:24-41:2; 42:3-6; 46:5-8<br><br>FRE 402, 403, 802 |
| 48 | * | 18:16–19:25, 20:2–12, 20:14–21, 20:24–22:19, 22:21–23:11 | 20:13, 22-23, 22:20, 23:12, 33:18-34:15; 34:23-35:1; 35:8-24; 39:11-22; 40:24-41:2; 42:3-6; 46:5-8<br><br>FRE 402, 403, 602, 701, 802 |
| 49 | * | 24:16–26:11 | 33:18-34:15; 34:23-35:1; 35:8-24; 39:11-22; 40:24-41:2; 42:3-6; 46:5-8<br><br>FRE 402, 403, 602, 802 |
| 50 | * | 28:15–20, 28:22–29:2 | 33:18-34:15; 34:23-35:1; 35:8-24; 39:11-22; 40:24-41:2; 42:3-6; 46:5-8<br><br>FRE 402, 403, 602, 802<br><br>FRE 602, 701 (with respect to 28:15-22) |

**AMENDED ATTACHMENT A: GENENTECH'S DESIGNATIONS AND EXCERPTS**

II. **Genentech's Discovery Excerpts**

| Designation No. | Form of Excerpt | Genentech's Excerpts | Biogen's Objections |
|---|---|---|---|
| 51 | Read to jury and admitted in evidence | 2023.11.20 Biogen's First Supplemental Responses to Genentech's 2nd Set of Interrogatories (Nos. 15-17): Supplemental Resp. 15 | |
| 52 | * | 2023.11.20 Biogen's First Supplemental Responses to Genentech's 2nd Set of Interrogatories (Nos. 15-17): Supplemental Resp. 16 | |
| 53 | * | 2024.01.10 Biogen's Third Supplemental Responses to Genentech's First Set of Interrogatories (Nos. 1-14): Supplemental Resp. 5 | |
| 54 | * | 2024.01.10 Biogen's Third Supplemental Responses to Genentech's First Set of Interrogatories (Nos. 1-14): Supplemental Resp. 6 | |
| 55 | * | 2024.01.10 Biogen's Third Supplemental Responses to Genentech's First Set of Interrogatories (Nos. 1-14): Supplemental Resp. 7 | |
| 56 | * | 2024.04.15 Biogen's Responses to Genentech's 3rd Set of Interrogatories (Nos. 18-19): Resp. 18 | FRE 402, 403 |
| 57 | * | 2024.04.15 Biogen's Responses to Genentech's 3rd Set of Interrogatories (Nos. 18-19): Resp. 19 | FRE 402, 403 |
| 58 | * | 2024.04.25 Biogen's First Supplemental Objections and Responses to Genentech's Requests for Admission: Supplemental Resp. 1 | FRE 402, 403 |

**AMENDED ATTACHMENT A: GENENTECH'S DESIGNATIONS AND EXCERPTS**

| 59 | * | 2024.04.25 Biogen's First Supplemental Objections and Responses to Genentech's Requests for Admission: Supplemental Resp. 2 | FRE 402, 403 |
|---|---|---|---|

**AMENDED ATTACHMENT A: GENENTECH'S DESIGNATIONS AND EXCERPTS**

DATED: June 26, 2025

**WILLIAMS & CONNOLLY LLP**

By: */s/ Paul B. Gaffney*

Paul B. Gaffney (State Bar No. 345431)
Charles L. McCloud (*pro hac vice*)
Ricardo Leyva (State Bar No. 319939)
pgaffney@wc.com
lmccloud@wc.com
rleyva@wc.com

**SKAGGS FAUCETTE LLP**
Jeffrey E. Faucette
jeff@skaggsfaucette.com

*Attorneys for Plaintiff Genentech, Inc.*