DECHERT LLP
Nisha Patel (SBN 281628)
nisha.patelgupta@dechert.com
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071
(213) 808-5700

Charles Hsu (SBN 328798)
charles.hsu@dechert.com
45 Fremont St 26th Floor
San Francisco, CA 94105
(650) 813-4800

Martin J. Black (*pro hac vice*)
martin.black@dechert.com
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
(215) 994-2664

Katherine A. Helm (*pro hac vice*)
khelm@dechert.com
Three Bryant Park, 1095 Avenue of the Americas
New York, New York 10036-6797
(212) 698-3500

*Attorneys for Defendant
Biogen MA Inc*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOGEN MA INC., <br><br> Defendant. | Case No. 4:23-cv-00909-YGR (LB) <br><br> **AMENDED ATTACHMENT B TO JOINT FILING: BIOGEN MA INC'S DEPOSITION AND DISCOVERY DESIGNATIONS** |

Dechert LLP

Pursuant to the Pretrial Standing Order of the Honorable Yvonne Gonzalez Rogers, Defendant Biogen MA Inc. ("Biogen") hereby submits the following Amended Deposition and Discovery Designations.

## I. Deposition Designations

| Designation No. | Biogen's Designation | Genentech's Counter Designations and Objections[1] |
|---|---|---|
| **Carl Battle** | | |
| 1 | 5:17-5:22 | 5:23-5:25 |
| 2 | 6:1-7:11 | |
| 3 | 12:14-12:18 | |
| 4 | 13:20-14:2 | |
| 5 | 14:11-14:16 | **I** 15:8-15:21, 16:5-16:7, 16:12-16:18, 16:20 |
| 6 | 18:3-18:7 | **I** 17:16-17:25, 18:15-23 |
| 7 | 21:21-22:7, 24:18-24:19, 24:22-24:23 | **I** 23:11-24:11, 24:18-24:19, 24:22-24:23, 27:12-27:15, 27:24-28:2, 28:15-28:18, 29:16-29:19 |
| 8 | 35:3-35:12 | **I** |

---

[1] Genentech's objections refer to the following grounds: **E**: Improper Expert Testimony (Fed. R. Evid. 104, 702, 703); **F**: Lack of Foundation or Personal Knowledge (Fed. R. Evid. 602); **H**: Hearsay (Fed. R. Evid. 801, 802, 805); **I**: Incomplete Document or Testimony (Fed. R. Evid. 106, 403); **O**: Predicate Fact Required for Admissibility (Fed. R. Evid. 104); **R**: Lack of Relevance (Fed. R. Evid. 402); **U**: Unduly Prejudicial, Confusing, Wasteful, Cumulative (Including for Form of Questions, Asked and Answered, Vague and Ambiguous, Calls for a Legal Conclusion) (Fed. R. Evid. 403); **X**: Designation of Attorney Colloquy (Fed. R. Evid. 402, 403); **Y**: Beyond the Scope of a Witness's Testimony Under Fed. R. Civ. P. 30(b)(6) (Fed. R. Civ. P. 30(b)(6), Fed. R. Evid. 403).

Genentech reserves the right to amend and/or supplement its objections and counter-designations to these designations including to add objections and/or counter designations after the deadline to exchange has passed. Genentech reserves the right to amend and/or supplement its objections and counter-designations on any basis that depends upon how testimony is introduced, for what purpose testimony is introduced, and what portion of testimony is introduced. Genentech reserves the right to amend and/or supplement is objections and counter-designations based on the testimony that Biogen plays at trial. Genentech reserves the right to object to the use of any testimony not adequately identified in Biogen's disclosures or for a purpose not adequately identified in those disclosures. Genentech reserves the right to introduce any testimony designated by Biogen.

|   |   |   |
|---|---|---|
|   |   | 30:6-32:4, 32:14-32:18, 32:21-33:6, 35:3-35:4, 38:3-38:10, 38:13-14, 38:16-38:24, 39:8-40:15 |
| 9 | 41:7-41:15 |   |
| 10 | 43:18-45:25 | **I**<br>46:1-47:6 |
| 11 | 52:6-52:16 |   |
| 12 | 52:23-53:6 |   |
| 13 | 61:17-62:9 |   |
| 14 | 62:23-63:3 | **I**<br>27:24-28:2, 28:15-28:18, 32:21-33:6 |
| 15 | 63:9-64:12 |   |
| 16 | 64:16-65:7, 65:14-16 | **I**<br>27:24-28:2, 28:15-28:18, 40:3-40:15, 46:1-47:6, 76:22-77:6, 77:9, 77:11-77:13, 77:16-78:23, 79:1-79:5; 80:14-80:23 |
| 17 | 74:2-75:2, 75:4-75:7, 75:9-75:11, 75:13-75:17 |   |
| **Timothy Schwartz** | | |
| 18 | 14:7-14:9, 15:6-15:7 | **I**<br>14:10-15:5, 16:2-16:14, 137:11-138:4 |
| 19 | 19:18-19:21, 19:25-20:12 | **I, R, U**<br>20:18-21;7 |
| 20 | 24:15-24:21 |   |
| 21 | 26:13-27:16, 27:21-28:6 | **I**<br>27:17-27:20, 28:23-29:23 |
| 22 | 30:3-30:11 | **I**<br>30:12-30:17, 30:23-32:15, 93:21-94:7, 94:16-95:1 |
| 23 | 36:8-36:18 | **I**<br>33:8-33:10, 35:8-35:10, 36:19-36:22 |
| 24 | 36:23-37:2, 37:4-37:7, 37:10-37:15, 37:19-37:24, 38:1-38:15, 38:17-38:24, 39:1-39:4, 39:7-39:8 | **I**<br>65:20-67:7, 67:9-67:17, 84:1-84:7, 85:2-85:23, 87:19-88:10, 88:23-89:25, 110:11-111:9, 117:19-119:5, 119:9-119:25, 120:2-120:20, 120:22-121:6, 128:7-128:15, 129:25-130:3, 130:6-130:11 |
| 25 | 41:18-41:23 | **I** |

|  |  |  | 41:14-41:17 |
|---|---|---|---|
| 1 | 26 |  | **I** 65:20-67:7, 67:9-67:17, 110:11-111:9, 117:19-119:5, 119:9-119:25, 120:2-120:20, 120:22-121:6, 128:7-128:15, 129:25-130:3, 130:6-130:14, 130:16-18 |
|  |  | 44:5-45:3 |  |
| 2 | 27 | 47:23-48:3 |  |
| 3 | 28 | 49:12-49:18, 50:7-50:10 | **I** 50:11-50:13 |
| 4 | 29 | 51:12-51:16 | **I** 88:23-89:25, 93:21-94:7, 94:16-95:1 |
| 5 | 30 | 55:13-56:1 |  |
| 6 | 31 | 56:10-57:1, 59:4-59:11, 62:8-64:24 | **I** 58:17-59:3, 59:12-59:15, 59:22-60:8, 60:16-60:24, 61:2-61:15, 61:17-62:7, 64:25-65:2, 65:4-67:7, 67:9-67:23, 67:25-68:7, 72:23-73:1, 110:11-111:9, 117:19-119:5, 119:9-119:25, 120:2-120:20, 120:22-121:6, 128:7-128:15, 129:25-130:3, 130:6-130:14, 130:16-18 |
| 7 | 32 | 68:8-68:12, 68:17-69:15 |  |
| 8 | 33 | 70:12-71:6 | **I** 70:4-70:11 |
| 9 | 34 | 71:13-71:21, 71:23-71:25, 72:9-72:22 |  |
| 10 | 35 | 73:8-74:1, 75:3-75:9, 76:9-77:14, 78:8-78:18 | 74:2-74:18, 74:20-75:1, 75:10-76:8, 77:15-78:7 |
| 11 | 36 | 100:14-100:18 | **I** 65:20-67:7, 67:9-67:17, 110:11-111:9, 117:19-119:5, 119:9-119:25, 120:2-120:20, 120:22-121:6, 128:7-128:15, 129:25-130:3, 130:6-130:14, 130:16-18 |
| 12 | 37 | 102:10-102:14, 102:16-103:4, 106:3-106:6 | **I** 30:12-30:17, 30:23-32:15, 65:20-67:7, 67:9-67:17, 113:23-114:17, 117:19-119:5, 119:9-119:25, 120:2-120:20, 120:22-121:6, 128:7- |

| | | |
|---|---|---|
| | | 128:15, 129:25-130:3, 130:6-130:14, 130:16-18 |
| 38 | 132:22-133:4 | **I**<br>65:20-67:7, 67:9-67:17, 110:11-111:9, 117:19-119:5, 119:9-119:25, 120:2-120:20, 120:22-121:6, 128:7-128:15, 129:25-130:3, 130:6-130:14, 130:16-18 |
| **Sean Johnston** | | |
| 39 | 11:22-12:3 | |
| 40 | 14:4-14:9 | **I**<br>14:10-15:23 |
| 41 | 16:3-16:15 | **I, R, U**<br>25:15-26:13, 43:11-47:15, 47:17-48:12, 48:22-49:3, 50:9-51:24, 61:9-62:5, 64:3-65:25, 66:2-67:1, 69:1-69:5, 72:4-75:1 |
| 42 | 17:14-17:24 | **I, R, U**<br>25:15-26:13, 43:11-47:15, 47:17-48:12, 48:22-49:3, 50:9-51:24, 61:9-62:5, 64:3-65:25, 66:2-67:1, 69:1-69:5, 72:4-75:1 |
| 43 | 18:8-18:21 | **I, R, U**<br>25:15-26:13, 43:11-47:15, 47:17-48:12, 48:22-49:3, 50:9-51:24, 61:9-62:5, 64:3-65:25, 66:2-67:1, 69:1-69:5, 72:4-75:1 |
| 44 | 24:10-24:22 | **I**<br>20:20-21:3, 21:16-22:19, 23:1-23:21, 41:8-42:23, 73:21-75:1, 77:16-77:21 |
| 45 | 26:14-26:17 | **I**<br>25:15-26:13, 43:11-47:15, 47:17-48:12, 48:22-49:3, 50:9-51:24, 61:9-62:5, 64:3-65:25, 66:2-67:1, 69:1-69:5, 72:4-75:1 |
| 46 | 27:8-27:19, 27:23-29:4 | **I**<br>21:16-22:19, 36:13-36:22, 37:18-38:1, 39:15-40:7, 40:25-41:23, 70:7-71:20, 137:13-137:21 |
| 47 | 30:3-31:11 | **I** |

|  |  | 31:12-31:21, 70:7-71:20 |
|---|---|---|
| 48 | 32:25-34:8 | **I**<br>31:12-31:21, 70:7-71:20 |
| 49 | 34:10-36:5 | **I**<br>21:16-22:19, 36:13-36:22, 37:18-38:1, 39:15-40:7, 40:25-41:23, 70:7-71:20, 137:13-137:21 |
| 50 | 36:23-37:17 | **I**<br>21:16-22:19, 36:13-36:22, 37:18-38:1, 39:15-40:7, 40:25-41:23, 70:7-71:20, 137:13-137:21 |
| 51 | 38:2-39:14 | **I**<br>21:16-22:19, 36:13-36:22, 37:18-38:1, 39:15-40:7, 40:25-41:23, 70:7-71:20, 137:13-137:21 |
| 52 | 40:8-40:14, 40:21-40:24 | **I**<br>21:16-22:19, 36:13-36:22, 37:18-38:1, 39:15-40:7, 40:25-41:23, 70:7-71:20, 137:13-137:21 |
| 53 | 48:13-48:21 | **I**<br>25:15-26:13, 43:11-47:15, 47:17-48:12, 48:22-49:3, 50:9-51:24, 61:9-62:5, 64:3-65:25, 66:2-67:1, 69:1-69:5, 72:4-75:1 |
| 54 | 49:19-49:22, 49:24-50:8 | **I**<br>25:15-26:13, 43:11-47:15, 47:17-48:12, 48:22-49:3, 50:9-51:24, 61:9-62:5, 64:3-65:25, 66:2-67:1, 69:1-69:5, 72:4-75:1 |
| 55 | 81:1-81:17 | **I**<br>25:15-26:13, 43:11-47:15, 47:17-48:12, 48:22-49:3, 50:9-51:24, 61:9-62:5, 64:3-65:25, 66:2-67:1, 69:1-69:5, 72:4-75:1 |
| 56 | 133:7-133:11 | **F, R, U** |
| 57 | 134:2-135:1 | **F, R, U** |
| 58 | 135:3-135:6 | **F, R, U** |
| 59 | 135:14-135:25 | **F, R, U** |
| **Felix Wong** | | |
| 60 | 30:6-30:11 |  |

| | | |
|---|---|---|
| 61 | 30:14-30:15 | |
| 62 | 33:25-34:10 | |
| 63 | 34:25-35:6, 35:18-36:1, 36:4-36:18, 37:6-37:10, 37:24-38:2, 38:21-39:2 | **H, I, R, U** 39:9–16 |
| 64 | 40:23-41:3 | 41:4-14, 41:17-19, 41:21-42:1, 42:19-24 |
| 65 | 43:5-43:16 | |
| 66 | 45:9-45:19 | |
| 67 | 46:13-46:17 | 46:18–47:1 |
| 68 | 47:12-48:9 | |
| 69 | 48:15-49:9 | |
| 70 | 49:18-49:22 | 49:23–50:3 |
| 71 | 54:11-54:14, 54:21-54:23, 55:8-55:17 | **H, I, R, U** |
| 72 | 56:19-57:4 | **R, U** |
| 73 | 57:15-57:18 | |
| 74 | 60:3-60:6, 60:8-60:13, 61:1-61:2, 61:4-61:10 | **I** |
| 75 | 63:15-63:17, 63:19, 64:13-64:17 | **I** 64:4-7, 64:9-11 |
| 76 | 65:4-65:13 | **I** 66:18-21, 66:23-67:11, 66:14-23 |
| 77 | 69:12-69:16 | **I** 66:18-21, 66:23-67:11, 66:14-23 |
| 78 | 72:20-73:2, 73:11-73:13, 73:20-73:23 | |
| 79 | 83:4-83:13 | |
| 80 | 83:18-84:4, 84:18-85:6 | **I** 84:6-84:17 |
| 81 | 92:8-92:12 | **F, R, U** |
| 82 | 92:21-93:2, 93:4-93:4 | **F, R, U** |
| 83 | 97:22-97:24, 98:1-98:2, 98:4-98:17 | **F, R, U** |
| 84 | 103:10-104:4 | **F, R, U** |
| 85 | 115:4-115:6, 115:9-115:10, 115:12-115:23 | **F, R, U** |
| 86 | 115:25-116:1, 116:3-116:19, 116:21-116:24, 117:1-117:3, 117:9-117:11 | **F, R, U** |
| 87 | 119:13-119:15, 119:17-119:17, 119:19-119:21, 119:23-119:23 | **F, R, U** |
| 88 | 119:25-120:2, 120:4-120:4 | **F, R, U** |
| 89 | 120:6-120:9, 120:12-120:12, 120:14-120:17 | **F, R, U** |
| 90 | 147:23-148:11, 148:13-148:15 | **R, U** |
| 91 | 148:20-148:25 | **R, U** |
| 92 | 149:6-149:8 | **R, U** |
| 93 | 149:20-149:25 | **R, U** |

| 94 | 152:19-152:25, 153:2-153:2 | **F, R, U** |
|---|---|---|
| 95 | 153:4-153:15 | **F, R, U** |
| 96 | 154:21-154:23 | **R, U** |
| 97 | 160:8-160:10, 160:12-160:12 | **F, R, U** |
| 98 | 160:23-161:5, 161:7-161:7 | **F, R, U** |
| 99 | 161:9-161:13 | **F, R, U** |
| 100 | 163:3-163:5 | **R, U** |
| 101 | 167:17-167:19, 167:21-167:21 | **F, R, U** |
| 102 | 167:23-167:25, 168:2-168:2 | **F, R, U** |
| 103 | 168:4-168:6, 168:8-168:8 | **F, R, U** |
| 104 | 168:10-168:12, 168:14-168:14 | **F, R, U** |
| 105 | 168:16-168:19 | **R, U** |
| 106 | 182:22-183:2, 186:25-187:3 | **R, U, Genentech's MIL No. 3** |
| 107 | 209:16-209:18 | **R, U** |
| 108 | 212:3-212:5, 212:7-212:7 | **F, R, U** |
| 109 | 212:9-212:12 | **F, R, U** |
| 110 | 212:15-212:17, 212:19-212:19 | **F, R, U** |
| 111 | 212:21-213:4 | **F, R, U** |
| 112 | 218:2-218:4 | **R, U** |
| 113 | 234:14-234:16, 234:18-234:18 | **F, R, U** |
| 114 | 234:20-234:22, 234:25-234:25 | **F, R, U** |
| 115 | 235:2-235:8, 235:10 | **F, R, U** |
| 116 | 235:11-235:12, 235:15-235:16, 235:20-235:25 | **R, U** |
| 117 | 236:1-236:12 | **R, U** |
| 118 | 237:9-237:12, 237:14-237:16 | **R, U** |
| 119 | 238:10-239:2 | **R, U** |
| 120 | 247:24-248:1, 248:4-248:4 | **F, R, U** |
| 121 | 248:6-248:17 | **R, U** |
| 122 | 248:21-249:4 | **R, U** |
| 123 | 249:8-249:14 | **R, U** |
| 124 | 249:16-249:17 | **R, U** |
| 125 | 249:21-250:2 | **R, U** |
| 126 | 250:7-250:10, 250:13-251:1, 251:5-251:6 | **R, U** |
| 127 | 251:8-252:9 | **R, U** |
| 128 | 252:19-252:22 | **R, U** |
| 129 | 253:1-253:5 | **R, U** |
| 130 | 253:12-253:14 | **R, U** |
| 131 | 267:17-268:17 | **R, U** |
| 132 | 268:22-268:25 | **R, U** |
| 133 | 269:8-269:11 | **R, U** |
| 134 | 270:22-271:3 | **R, U** |
| 135 | 271:12-272:10 | **R, U** |
| 136 | 272:16-273:9 | **R, U** |
| 137 | 273:20-274:7, 274:10-274:11 | **F, R, U** |

| 138 | 274:13-274:20, 274:23 | **F, R, U** |
| 139 | 274:25-275:3, 275:6-275:6 | **R, U** |
| 140 | 278:13-278:22 | **R, U** |
| 141 | 279:6-279:15 | **R, U** |
| 142 | 280:11-281:8 | **R, U** |
| 143 | 281:23-283:23 | **R, U** |
| 144 | 284:11-284:15, 284:17-284:17 | **F, R, U** |
| 145 | 284:19-285:9 | **F, R, U** |
| 146 | 293:2-293:5 | **R, U** |
| 147 | 298:21-299:2 | **R, U** |

## II. Discovery Response Designations

| Document | Designations | Counter Designations |
|---|---|---|
| Interrogatories ("ROGS") | Genentech's Response to ROG Nos. 1 and 9; Genentech's Fourth Supplemental and Corrected Response to Biogen ROG No. 4; Genentech's Corrected First Supplemental Response to Biogen ROG No. 10. | **U, Genentech's MIL No. 3** Genentech's Response to ROG No. 11 |
| Requests for Admissions ("RFAs") | Genentech's Response to RFA Nos. 2, 4, 6, 10, 12, 14, 16, 17, 18, 20, 22, 24, 26, 28, 32, 34, 36, 38, 40, 42, 44, 46, 48, 50, 52, 54, 56, 58, 60, 62, 64, 66, 68, 70, 72, 73, 74, 76, 78, 80, 82, 84, 86, 88, 90, 92, 94, 96, 98, 100, 102, 104, 106, 108, 110, 112, 114, 118, 120, 122, 124, 126, 128, 130, 132. | **I, U, Genentech's MIL No. 3** Genentech's Response to RFA Nos. 1, 3, 5, 7, 8, 9, 11, 13, 15, 19, 21, 23, 25, 27, 29, 30, 31, 33, 35, 37, 39, 41, 43, 45, 47, 4, 51, 53, 55, 57, 59, 61, 63, 65, 67, 69, 71, 75, 79, 81, 83, 85, 87, 89, 91, 93, 95, 97, 99, 101, 103, 105, 107, 109, 111, 113, 115, 116, 117, 119, 121, 123, 125, 127, 129, 131 |