| | |
|---|---|
| DECHERT LLP<br>Nisha Patel (SBN 281628)<br>nisha.patelgupta@dechert.com<br>US Bank Tower, 633 West 5th St., Ste 4900<br>Los Angeles, CA 90071<br>(213) 808-5700<br><br>Michael Joshi (SBN 302184)<br>Charles Hsu (SBN 328798)<br>michael.joshi@dechert.com<br>charles.hsu@dechert.com<br>45 Fremont St 26th Floor<br>San Francisco, CA 94105<br>(650) 813-4800<br><br>Martin J. Black (*pro hac vice*)<br>martin.black@dechert.com<br>Cira Centre, 2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-2664<br><br>Katherine A. Helm (*pro hac vice*)<br>khelm@dechert.com<br>Three Bryant Park, 1095 Ave. of the Americas<br>New York, New York 10036-6797<br>(212) 698-3500<br><br>Steven A. Engel (*pro hac vice*)<br>steven.engel@dechert.com<br>1900 K St NW<br>Washington DC 20006<br>(202) 261-3369<br><br>*Attorneys for Defendant*<br>*Biogen MA Inc*. | Paul B. Gaffney (State Bar No. 345431)<br>Charles L. McCloud (pro hac vice)<br>Ricardo Leyva (State Bar No. 319939)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br><br>Jeffrey E. Faucette (State Bar No. 193066)<br>SKAGGS FAUCETTE LLP<br>Four Embarcadero Center<br>Suite 1400 PMB #72<br>San Francisco, CA 94111<br>Tel: (415) 295-1197<br>Fax: (888) 980-6547<br><br>*Attorneys for Plaintiff*<br>*Genentech, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GENENTECH, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>BIOGEN MA INC.,<br><br>       Defendant. | Case No. 4:23-cv-00909-YGR (LB)<br><br>**JOINT REPORT REGARDING CLOSING DEMONSTRATIVES** |

1  Pursuant to the Court's Order Regarding Trial Stipulations as Modified (Dkt. No. 170), the parties submit this joint report regarding closing demonstratives.

<u>Biogen's Position</u>: Biogen seeks guidance regarding the Court's practice concerning the playback of deposition video clips during closing arguments. Genentech's closing slides PDX6-016, PDX6-017, and PDX6-022 contain deposition video clips.

<u>Genentech's Position</u>: PDX6-016, PDX6-017, and PDX6-022 contain video clips of Kristina Dickerson's deposition testimony that has already been admitted into evidence at trial. Genentech should be permitted to show these clips to the jury during closings. Biogen's request for clarification is an attempt to sanitize the potent evidence of Ms. Dickerson's unaltered testimony.

Dated: July 1, 2025

Respectfully Submitted,

By:  /s/ *Paul B. Gaffney*

By:  /s/ *Michael Joshi*

WILLIAMS & CONNOLLY LLP
Paul B. Gaffney (SBN 345431)
Charles L. McCloud (pro hac vice)
Ricardo Leyva (SBN 319939)
pgaffney@wc.com
lmccloud@wc.com
rleyva@wc.com

SKAGGS FAUCETTE LLP
Jeffrey E. Faucette
jeff@skaggsfaucette.com

*Attorneys for Plaintiff
Genentech, Inc.*

DECHERT LLP
Nisha Patel (SBN 281628)
nisha.patelgupta@dechert.com
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
(213) 808-5700

Michael Joshi (SBN 302184)
Charles Hsu (SBN 328798)
michael.joshi@dechert.com
charles.hsu@dechert.com
45 Fremont St. 26th Floor
San Francisco, CA 94105
(650) 813-4800

Martin J. Black (*pro hac vice*)
martin.black@dechert.com
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2664

Katherine A. Helm (*pro hac vice*)
khelm@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
(212) 698-3500

Steven A. Engel (*pro hac vice*)
steven.engel@dechert.com
1900 K St NW
Washington DC 20006
(202) 261-3369

*Attorneys for Defendant
Biogen MA Inc*.

**ATTESTATION**

Pursuant to Civil L.R. 5-1, I, Michael Joshi, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ *Michael Joshi*
Martin J. Black
Dechert LLP