

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**RECEIVED**

JUL 01 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JUROR QUESTIONS
FOR CIVIL CASES**

CASE NAME: GENENTECH, INC. V. BIOGEN MA, INC.

CASE NUMBER: 23-CV-909-YGR

A question for a witness may be submitted to the Court through the clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

FROM: #2

For Plaintiff witness n°8 (Christopher Seaton)

* In your opinion, does contract expiration activate the termination clause?

* You mentioned that a contract expiration was substantially different from a contract termination.

DATE AND TIME RECEIVED: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>YVONNE GONZALEZ ROGERS</u>         Case No. <u>23-cv-00909-YGR</u>

CASE NAME: <u>Genentech, Inc. v. Biogen MA, Inc.</u>

<u>NOTE FROM THE JURY</u>

Note No. 001

Date 07/02/25

Time 11:53 AM

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question/statement:

   The jury has elected Jury n° 1 as foreperson.
   ① We will deliberate from the hours of 8:15 A.M. to 4:30 P.M. PST

   _____
   Foreperson of the Jury

**RECEIVED**

JUL 02 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>YVONNE GONZALEZ ROGERS</u>    Case No. 23-cv-00909-YGR

CASE NAME: <u>Genentech, Inc. v. Biogen MA, Inc.</u>

<u>NOTE FROM THE JURY</u>

Note No. __002__

Date __July 2, 2025__

Time __2:35__

1. The Jury has reached a unanimous verdict ( )

    or

2. The Jury has the following question/statement:

    Jury is in deadlock

_____
Foreperson of the Jury

**RECEIVED**

JUL 02 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>YVONNE GONZALEZ ROGERS</u>          Case No. <u>23-cv-00909-YGR</u>

CASE NAME: <u>Genentech, Inc. v. Biogen MA, Inc.</u>

<u>NOTE FROM THE JURY</u>

Note No. __003__

Date __July 2, 2025__

Time __4:17__

1.  The Jury has reached a unanimous verdict ( )

    or

2.  The Jury has the following question/statement:

    __REST UNTIL TOMMORROW__

_____
Foreperson of the Jury

**RECEIVED**

JUL 02 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>YVONNE GONZALEZ ROGERS</u>   Case No. <u>23-cv-00909-YGR</u>

CASE NAME: <u>Genentech, Inc. v. Biogen MA, Inc.</u>

### NOTE FROM THE JURY

Note No. <u>003</u>

Date <u>July 3, 2025</u>

Time <u>10:50 am</u>

1. The Jury has reached a unanimous verdict ( )

    or

2. The Jury has the following question: NOT

    <u>Jury still has reached</u>

    <u>unanimous decision</u>

    _____
    Foreperson of the Jury

**RECEIVED**

JUL 03 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA