Paul B. Gaffney (State Bar No. 345431)
Charles L. McCloud (pro hac vice)
Ricardo Leyva (State Bar No. 319939)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

Jeffrey E. Faucette (State Bar No. 193066)
SKAGGS FAUCETTE LLP
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Tel: (415) 874-3181
Fax: (888) 980-6547

*Attorneys for Plaintiff Genentech, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOGEN MA INC., <br><br> Defendant. | Case No. 4:23-cv-00909-YGR <br><br> **STIPULATION REGARDING WAIVER OF JURY TRIAL RIGHT AND SUBMISSION OF CASE TO COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 52** <br><br> Trial Date: July 14, 2025 |

Plaintiff Genentech, Inc. and Defendant Biogen MA Inc., by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, this action was tried to a jury from June 30, 2025 through July 3, 2025 [Dkts. 204, 205, 206, 207] ("the First Trial");

WHEREAS, the Court declared a mistrial on July 3, 2025 in light of the jury's inability to reach a unanimous verdict [Dkt. 207];

WHEREAS, this action is currently set for a second jury trial beginning at 8:00 am on July 14, 2025;

WHEREAS, the parties have met and conferred and have agreed that, in lieu of a second jury trial, the parties will submit this matter for decision to the Court under the following terms:

1. The parties hereby waive their right to a jury pursuant to Fed. R. Civ. P. 39(a)(1).
2. The parties agree to submit the case for resolution by the Court pursuant to Fed. R. Civ. P. 52. The Court's decision shall be based on the record created in the First Trial, except that in the event of a judgment in favor of Genentech, the interest component of any damages award shall be adjusted to reflect the amount of interest accrued as of the date on which the Court's opinion or memorandum of decision is filed. Following issuance of the Court's opinion or memorandum of decision, the parties shall, if necessary, submit to the Court within three (3) days a revised calculation of Genentech's damages reflecting interest accrued as of the date on which the Court's opinion or memorandum of decision was filed. The parties' revised damages calculation shall be incorporated into the Court's judgment.
3. The parties will submit post-trial briefing to the Court, including proposed findings of fact and conclusions of law, on the following schedule:
   - Genentech will file its opening brief of no more than 30 pages on or before July 23, 2025;
   - Biogen will file its opposition brief of no more than 30 pages on or before August 11, 2025;

- Genentech will file its reply, if any, of no more than 15 pages on or before August 22, 2025.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: July 8, 2025                          **WILLIAMS & CONNOLLY LLP**

By: /s/ Paul B. Gaffney
Paul B. Gaffney (State Bar No. 345431)
Charles L. McCloud (*pro hac vice*)
Ricardo Leyva (State Bar No. 319939)
pgaffney@wc.com
lmccloud@wc.com
rleyva@wc.com

**SKAGGS FAUCETTE LLP**
Jeffrey E. Faucette
jeff@skaggsfaucette.com

*Attorneys for Plaintiff Genentech, Inc.*

**DECHERT LLP**

By: /s/ Martin J. Black
Nisha Patel (SBN 281628)
nisha.patelgupta@dechert.com
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
(213) 808-5700

Michael Joshi (SBN 302184)
Charles Hsu (SBN 328798)
michael.joshi@dechert.com
charles.hsu@dechert.com
45 Fremont St 26th Floor
San Francisco, CA 94105
(650) 813-4800

Martin J. Black (*pro hac vice*)
martin.black@dechert.com

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2664

Katherine A. Helm (*pro hac vice*)
khelm@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
(212) 698-3500

*Attorneys for Defendant Biogen MA Inc.*

## ATTESTATION

Pursuant to Civil L.R. 5-1, I, Paul B. Gaffney, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 8, 2025

By: */s/ Paul B. Gaffney*
　　　Paul B. Gaffney