Paul B. Gaffney (State Bar No. 345431)
Charles L. McCloud (pro hac vice)
Ricardo Leyva (State Bar No. 319939)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

Jeffrey E. Faucette (State Bar No. 193066)
SKAGGS FAUCETTE LLP
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Tel: (415) 874-3181
Fax: (888) 980-6547

*Attorneys for Plaintiff Genentech, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| GENENTECH, INC.,<br><br>                Plaintiff,<br><br>  vs.<br><br>BIOGEN MA, INC.,<br><br>                Defendant. | Case No. 23-cv-00909-YGR (LB)<br><br>**DECLARATION OF CHARLES L. MCCLOUD IN SUPPORT OF GENENTECH'S OPENING POST-TRIAL BRIEF** |

**DECLARATION OF CHARLES L. MCCLOUD ISO GENENTECH'S OPENING POST-TRIAL BRIEF**

## DECLARATION OF CHARLES L. MCCLOUD

I, Charles L. McCloud, hereby declare as follows:

1. I am over 18 years of age. I am a partner at Williams & Connolly LLP, counsel for Genentech in this matter and have personal knowledge of the facts stated herein. If called upon, I could and would testify competently to them. I make this declaration in support of Genentech's Opening Post-Trial Brief.

2. Attached hereto as alphabetized exhibits are true and correct copies of excerpts of trial or hearing transcripts.

3. Attached hereto as numbered exhibits are true and correct copies of documents that were admitted at trial. *See* ECF 201 (parties' certification of admitted exhibits). The exhibit numbers used in this filing match the trial exhibit numbers.

4. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the transcript of trial proceedings before this Court on June 30, 2025; July 1, 2025; and July 2, 2025, as well as true and correct copies of the deposition testimony played on June 30, 2025 and July 1, 2025.

5. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the transcript of the summary judgment hearing before this Court on April 15, 2025.

6. Attached hereto as **Exhibit 1** is a true and copy of the "2004.07.30 License Agreement between Genentech and Biogen," admitted at trial as Trial Exhibit No. 1.

7. Attached hereto as **Exhibit 2** is a true and copy of "U.S. Patent 6,331,415," admitted at trial as Trial Exhibit No. 2.

8. Attached hereto as **Exhibit 5** is a true and copy of the "2004.01.20 Email from Tim Schwartz to Ray Amer re Biogen Idec Alpha4 Cabilly License Agreement and attachment," admitted at trial as Trial Exhibit No. 5.

9. Attached hereto as **Exhibit 7** is a true and copy of the "2004.02.21 Email from Carl Battle to Tim Schwartz re Revised Draft Biogen/Elan Cabilly License and attachments," admitted at trial as Trial Exhibit No. 7.

10. Attached hereto as **Exhibit 10** is a true and copy of the "2004.04.24 Email from Tim Schwartz to Carl Battle re Elan Alpha4 Cabilly License Agreement and attachment," admitted at trial as Trial Exhibit No. 10.

11. Attached hereto as **Exhibit 11** is a true and copy of the "2004.05.19 Email from Carl Battle to Tim Schwartz re Elan Alpha4 Cabilly License Agreement and attachment," admitted at trial as Trial Exhibit No. 11.

12. Attached hereto as **Exhibit 20** is a true and copy of the "2004.07.30 Email from Tim Schwartz to Carl Battle re Elan Alpha4 Cabilly License Agreement and attachment," admitted at trial as Trial Exhibit No. 20.

13. Attached hereto as **Exhibit 24** is a true and copy of the "2014.03.03 Email from Kristina Ramos to William Peterman re LRP Royalty COGs and attachment," admitted at trial as Trial Exhibit No. 24.

14. Attached hereto as **Exhibit 26** is a true and copy of the "2015.01.29 Email from Kristina Ramos to Donald Poole re TYS 3rd Party Royalties Rate Run-Out and attachment," admitted at trial as Trial Exhibit No. 26.

15. Attached hereto as **Exhibit 27** is a true and copy of the "2017.06.20 Email from Kristina Ramos to John O'Donnell re 2017 LRP - draft royalty rates and attachment," admitted at trial as Trial Exhibit No. 27.

16. Attached hereto as **Exhibit 29** is a true and copy of the "2018.08.08 Email from Donald Poole to Brycen Blaine re Tysabri DS," admitted at trial as Trial Exhibit No. 29.

17. Attached hereto as **Exhibit 30** is a true and copy of the "1997.03.21 Agreement between Biogen and The Medicines Company," admitted at trial as Trial Exhibit No. 30.

18. Attached hereto as **Exhibit 32** is a true and copy of the "The Medicines Company vs. Biogen, Biogen's Answer, Defense And Counterclaim," admitted at trial as Trial Exhibit No. 32.

19. Attached hereto as **Exhibit 37** is a true and copy of the "2015.09.15 Letter from Biogen to The Medicines Company re License Agreement between Biogen and TMC," admitted at trial as Trial Exhibit No. 37.

20. Attached hereto as **Exhibit 39** is a true and copy of the "2018.12.10 Agreement between The Medicines Company and Biogen," admitted at trial as Trial Exhibit No. 39.

21. Attached hereto as **Exhibit 40** is a true and copy of the "2006.06.12 Agreement between Glaxo Group Limited and Elan International Services," admitted at trial as Trial Exhibit No. 40.

22. Attached hereto as **Exhibit 41** is a true and copy of the "2004.06.30 Agreement between Centocor and Elan International Services," admitted at trial as Trial Exhibit No. 41.

23. Attached hereto as **Exhibit 42** is a true and copy of the "2015.08.25 Email from Sean Godbout to Ashley Chang re Tysabri Royalty Expiration," admitted at trial as Trial Exhibit No. 42.

24. Attached hereto as **Exhibit 43** is a true and copy of the "2016.08.30 Email from Ashley Chang to Donald Poole re Tysabri Royalty Expiration," admitted at trial as Trial Exhibit No. 43.

25. Attached hereto as **Exhibit 46** is a true and copy of the "2003.07.08 Agreement between Biogen and Lonza," admitted at trial as Trial Exhibit No. 46.

26. Attached hereto as **Exhibit 47** is a true and copy of the "1992.04.27 Agreement between Medical Research Council and Athena Neurosciences," admitted at trial as Trial Exhibit No. 47.

27. Attached hereto as **Exhibit 48** is a true and copy of the "1998.04.24 Agreement between Protein Design Labs and Elan International Services," admitted at trial as Trial Exhibit No. 48.

28. Attached hereto as **Exhibit 50** is a true and copy of the "2014.09.30 PDL BioPharma Form 10-Q Report," admitted at trial as Trial Exhibit No. 50.

29. Attached hereto as **Exhibit 53** is a true and copy of the "2002.08.15 Agreement between Genentech and Abbott Laboratories," admitted at trial as Trial Exhibit No. 53.

30. Attached hereto as **Exhibit 54** is a true and copy of the "2010.01.01 Agreement between Genentech and Abbott Laboratories," admitted at trial as Trial Exhibit No. 54.

31.     Attached hereto as **Exhibit 76** is the cover sheet of an Excel Spreadsheet, the native of which was admitted at trial and previously provided to the Court via email and USB as Trial Exhibit No. 76.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of July 2025.

*/s/ Charles L. McCloud*
Charles L. McCloud