Paul B. Gaffney (State Bar No. 345431)
Charles L. McCloud (*pro hac vice*)
Ricardo Leyva (State Bar No. 319939)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC  20024
Tel: (202) 434-5000
Fax: (202) 434-5029

Jeffrey E. Faucette (State Bar No. 193066)
SKAGGS FAUCETTE LLP
Four Embarcadero Center
Suite 1400 PMB #72
San Francisco, CA 94111
Tel: (415) 295-1197
Fax: (888) 980-6547

*Attorneys for Plaintiff Genentech, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC., | Case No. 23-cv-00909-YGR (LB) |
| Plaintiff, | [PROPOSED] FINAL JUDGMENT |
| v. | |
| BIOGEN MA, INC., | |
| Defendant. | |

**WHEREAS**, this action was tried before a jury and the Court, the Honorable Yvonne Gonzalez Rogers presiding, between June 30, 2025 and July 3, 2025 [Dkts. 204, 205, 206, 207];

**WHEREAS**, the Court declared a mistrial on July 3, 2025 in light of the jury's inability to reach a unanimous verdict [Dkt. 207];

**WHEREAS**, on July 8, 2025, the parties waived their right to a jury pursuant to Federal Rule of Civil Procedure 39(a)(1) and stipulated to submit the case for resolution by the Court pursuant to Federal Rule of Civil Procedure 52 [Dkt. 214];

**WHEREAS**, after consideration of the record and briefing by the parties [Dkt. Nos. 219, 221, 222, 223, and 224], the Court found for Genentech, Inc. on its sole count of breach of contract on September 30, 2025 [Dkt. 225], it is hereby **ORDERED, ADJUDGED, AND DECREED** that, consistent with the Court's Order dated September 30, 2025 [Dkt. 225] and Federal Rule of Civil Procedure 58, **JUDGMENT IS HEREBY ENTERED**:

On the complaint, in favor of Plaintiff Genentech, Inc., and against Defendant Biogen MA Inc. on Count I of the Complaint for breach of contract. Biogen shall pay Genentech (1) damages in the amount of $88,348,123 in royalties, and (2) pre-judgment interest in the amount of $35,903,701, for a total damages award of **$124,251,824**.

Each party shall bear its own costs of the action.

The Clerk of the Court shall enter this judgment.

**IT IS SO ORDERED.**

Dated: November 10, 2025

_____
**The Honorable Yvonne Gonzalez Rogers**
**United States District Judge**